| | |
|---|---|
| CHARLES R. GIBBS (*pro hac vice* admission pending)<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>1700 Pacific Avenue<br>Dallas, Texas 75201<br>Telephone: (214) 969-2800<br>Facsimile: (214) 969-4343 | DAVID P. SIMONDS (*pro hac vice* admission pending)<br>ARUN KURICHETY (*pro hac vice* admission pending)<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>2029 Century Park East, Suite 2400<br>Los Angeles, California 90067<br>Telephone: (310) 229-1000<br>Facsimile: (310) 229-1001 |

– and –

JARED G. PARKER (SBN: 6428)
PARKER SCHWARTZ, PLLC
7310 N. 16th St., Suite 330
Phoenix, Arizona 85020
Telephone: (602) 282-0476
Facsimile: (602) 282-0478

[Proposed] Attorneys for Debtors
and Debtors in Possession

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>ELECTRIC TRANSPORTATION ENGINEERING CORPORATION (d/b/a ECOTALITY NORTH AMERICA),<br><br>    Debtor.<br><br>Tax I.D. No. 86-0834755 | Case No. 2:13-BK-16126 (RJH)<br><br>Chapter 11<br><br>(Joint Administration Requested)<br><br>**DEBTORS' MOTION FOR ENTRY OF AN ORDER AUTHORIZING JOINT ADMINISTRATION OF CHAPTER 11 CASES**<br><br>Hearing Date: September _____, 2013<br>Time: _____ |
| In re:<br><br>ECOTALITY, INC.,<br><br>    Debtor.<br><br>Tax I.D. No. 68-0515422 | Case No. 2:13-BK-16127 (\_\_\_\_)<br><br>Chapter 11 |

| | |
|---|---|
| In re:<br><br>ECOTALITY STORES, INC.,<br><br>      Debtor.<br><br>Tax I.D. No. 26-0602643 | Case No. 2:13-BK-16128 (___)<br><br>Chapter 11 |
| In re:<br><br>ETEC NORTH, LLC,<br><br>      Debtor.<br><br>Tax I.D. No. | Case No. 2:13-BK-16129 (GBN)<br><br>Chapter 11 |
| In re:<br><br>THE CLARITY GROUP, INC.,<br><br>      Debtor.<br><br>Tax I.D. No. 86-0718832 | Case No. 2:13-BK-16130 (SSC)<br><br>Chapter 11 |
| In re:<br><br>G.H.V. REFRIGERATION, INC.,<br><br>      Debtor.<br><br>Tax I.D. No. 95-3994512 | Case No. 2:13-BK-16131 (___)<br><br>Chapter 11 |

The above-captioned debtors and debtors in possession (collectively, the "*Debtors*")[1] hereby submit this motion (the "*Motion*") seeking entry of an order, substantially in the form attached hereto as **Exhibit A**, directing joint administration of these chapter 11 cases. In support of the Motion, the Debtors also submit the First Day Declaration and respectfully state as follows:

## I.

## JURISDICTION

The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

The bases for the relief requested herein are Rule 1015(b) of the Federal Rules of Bankruptcy Practice (the "*Bankruptcy Rules*") and Rule 1015-1(b) of the Local Rules of Bankruptcy Procedure for the District of Arizona (the "*Local Rules*").

## II.

## FACTUAL BACKGROUND

**A.  General Background**

On the date hereof (the "*Petition Date*"), each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "*Bankruptcy Code*"). The Debtors are operating their businesses as debtors in possession pursuant to Bankruptcy Code sections 1107(a) and 1108 and, by this Motion, are seeking procedural consolidation and joint administration of these chapter 11 cases. No official committee of unsecured creditors, nor any trustee or examiner, has been appointed in these cases.

A description of the Debtors' businesses and the reasons for filing these chapter 11 cases is set forth in the First Day Declaration filed contemporaneously herewith and incorporated by reference as if fully set forth herein.

---

[1] All capitalized terms used but not defined herein shall have the meaning ascribed to them in the *Declaration of H. Ravi Brar in Support of First Day Pleadings* (the "*First Day Declaration*"), as applicable.

**B.     Specific Background**

The Debtors in these chapter 11 cases include ECOtality, Inc., Electric Transportation Energy Corporation, ETEC North, LLC, The Clarity Group, Inc., G.H.V. Refrigeration, Inc. and ECOtality Stores, Inc. The organizational structure of the Debtors is set forth on **Exhibit A** to the First Day Declaration.

The Debtors seeking joint administration are affiliated with each other in the following regard:

(a) ECOtality, Inc. is an affiliate of Electric Transportation Engineering Corporation ("***ETEC***"), which is a Debtor in a chapter 11 case filed concurrently herewith before this Court, under the case number 2:13-BK-16126 (RJH).

(b) ECOtality, Inc. is an affiliate of The Clarity Group, Inc., a Debtor in a chapter 11 case filed concurrently herewith before this Court, under the case number 2:13-BK-16130 (SSC).

(c) ECOtality, Inc. is an affiliate of ETEC North, LLC, a Debtor in a chapter 11 case filed concurrently herewith before this Court, under the case number 2:13-BK-16129 (GBN).

(d) ECOtality, Inc. is an affiliate of G.H.V. Refrigeration, Inc., a Debtor in a chapter 11 case filed concurrently herewith before this Court, under the case 2:13-BK-16131 (___).

(e) ECOtality, Inc. is an affiliate of ECOtality Stores, Inc., a Debtor in a chapter 11 case filed concurrently herewith before this Court, under the case number 2:13-BK-16128 (___).

(f) Each of ETEC and ECOtality Stores, Inc. is a wholly owned subsidiary of ECOtality, Inc.

(g) Each of ETEC North, Inc., The Clarity Group, Inc., and G.H.V. Refrigeration, Inc. is a wholly owned subsidiary of ETEC.

## III.

## RELIEF REQUESTED

By this Motion, the Debtors request entry of an order, pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1(b), (a) directing the joint administration of these chapter 11 cases for procedural purposes only and (b) transferring the assignment of the cases to be jointly administered if those cases are not all assigned to the same judge.

In accordance with Rule 9013-1 of the Local Rules of Bankruptcy Procedure for the District of Arizona, the bases for the relief requested are set forth herein and in the First Day Declaration.

## IV.

## BASIS FOR RELIEF

Bankruptcy Rule 1015(b) provides, in part, that if "two or more petitions are pending in the same court by or against . . . a debtor and an affiliate, the court may order a joint administration of the estates." Fed. R. Bankr. P. 1015(b). The Debtors are "affiliates" of each other as that term is defined in Bankruptcy Code section 101(2). 11 U.S.C. § 101(2). Therefore, this Court is authorized to consolidate the Debtors' cases for procedural purposes.

Here, joint administration of these chapter 11 cases before the same judge will allow the Debtors to avoid repetitious preparation, filing and service of duplicative notices, applications and orders in each of their respective dockets, thereby saving the Court, the Debtors and other parties in interest substantial time and expense. Moreover, the requested relief will not adversely affect parties' rights, as the Motion requests only administrative, and not substantive, consolidation of the Debtors' estates. In fact, the reduced costs that will result from the joint administration of these chapter 11 cases will inure to the benefit of all of the Debtors' stakeholders. Therefore, joint administration and a transfer of assignment of those chapter 11 cases to be jointly administered to be heard before the same judge are warranted and will ease the administrative burden on the Court and the parties.

Accordingly, the Debtors respectfully request that the caption of their chapter 11 cases to be used by all parties in all pleadings and notices in the jointly administered cases appear as follows:

| | |
|---|---|
| In re:<br><br>ELECTRIC TRANSPORTATION ENGINEERING CORPORATION (d/b/a ECOTALITY NORTH AMERICA), *et al.,*[*]<br><br>      Debtors. | Case No. 2:13-BK-16126 (RJH)<br><br>Chapter 11<br><br>Jointly Administered<br><br>**[MOTION TITLE]**<br><br>Hearing Date: _____, 2013<br>Time: _____ |
| This filing applies to:<br><br>  ■ All Debtors<br><br>  ☐ Specified Debtors | |

    * The Debtors in these jointly administered chapter 11 cases and the last four digits of their respective Employer Identification Numbers are: (i) ECOtality, Inc. (5422); (ii) Electric Transportation Engineering Corporation (4755); (iii) ECOtality Stores, Inc. (2643); (iv) ETEC North, LLC (n/a); (v) The Clarity Group, Inc. (8832); and (vi) G.H.V. Refrigeration, Inc. (4512). The Debtors' service address at ECOtality, Inc's corporate headquarters is Post Montgomery Center, One Montgomery Street, Suite 2525, San Francisco, California 94104.

    The Debtors also seek a waiver of the requirements of Bankruptcy Code section 342(c)(1) and Bankruptcy Rules 1005 and 2002(n), which require the case caption on pleadings and notices in all cases contain the name, tax identification number and address of each debtor and any names used by each debtor in the previous eight years. As an alternative to including this information in the caption, the Debtors propose to include in the above footnote to the caption of each pleading and notice. This footnote includes a list of the Debtors in these chapter 11 cases and the last four digits of their employer identification numbers along with the address of ECOtality, Inc.'s corporate headquarters. Given that all case-specific information for each Debtor is included in the petition filed by each Debtor, which are all publicly available, the Debtors submit that the policies behind the requirements of Bankruptcy Code section 342(c)(1) and Bankruptcy Rules 1005 and 2002 are satisfied by the above proposed caption.

    Based on the foregoing, the Debtors submit that the relief requested herein is necessary, appropriate and in the best interests of their estates and creditors and other parties in interest and should be granted.

# V.

## NOTICE

No trustee, examiner or statutory committee has been appointed in the Debtors' chapter 11 cases. The Debtors have provided notice of this Motion to: (i) the Office of the United States Trustee for the District of Arizona; (ii) the parties listed on the Consolidated List of Creditors Holding the 30 Largest Unsecured Claims filed pursuant to Bankruptcy Rule 1007(d); (iii) the United States Department of Energy; (iv) the United States Department of Labor; (v) the Securities and Exchange Commission; (vi) the Internal Revenue Service; (vii) the United States Attorney's Office for the District of Arizona; and (vii) any party that has requested notice pursuant to Bankruptcy Rule 2002. In the event that the Court grants the relief requested by the Motion, the Debtors shall provide notice of the entry of the order granting such relief upon each of the foregoing parties and any other parties in interest as the Court directs. The Debtors respectfully submit that such notice is sufficient and that no further notice need be given.

[REST OF PAGE INTENTIONALLY LEFT BLANK]

## VI.

## **CONCLUSION**

WHEREFORE, the Debtors respectfully request that the Court (i) enter an order granting the relief requested herein and (ii) grant such other and further relief as the Court may deem just, proper and equitable.

Dated: September 16, 2013

                        PARKER SCHWARTZ, PLLC


                        By:    */s/ Jared G. Parker*
                                Jared G. Parker

– and –

AKIN GUMP STRAUSS HAUER & FELD LLP

Charles R. Gibbs (*pro hac vice* admission pending)
David P. Simonds (*pro hac vice* admission pending)
Arun Kurichety (*pro hac vice* admission pending)

[Proposed] Attorneys for the Debtors
and Debtors in Possession

| | |
|---|---|
| 1 | **<u>Exhibit A</u>** |
| 2 | |
| 3 | **Proposed Order** |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>ELECTRIC TRANSPORTATION ENGINEERING CORPORATION (d/b/a ECOTALITY NORTH AMERICA),<br><br>    Debtor.<br><br><br>Tax I.D. No. 86-0834755 | Case No. 2:13-BK-16126 (RJH)<br><br>Chapter 11 |
| In re:<br><br>ECOTALITY, INC.,<br><br>    Debtor.<br><br><br>Tax I.D. No. 68-0515422 | Case No. 2:13-BK-16127 (___)<br><br>Chapter 11<br><br>**ORDER AUTHORIZING JOINT ADMINISTRATION OF CHAPTER 11 CASES** |
| In re:<br><br>ECOTALITY STORES, INC.,<br><br>    Debtor.<br><br><br>Tax I.D. No. 26-0602643 | Case No. 2:13-BK-16128 (GBN)<br><br>Chapter 11 |

| | |
|---|---|
| In re:<br><br>ETEC NORTH, LLC,<br>    Debtor.<br><br><br>Tax I.D. No. | Case No. 2:13-BK-16129 (___)<br><br>Chapter 11 |
| In re:<br><br>THE CLARITY GROUP, INC.,<br>    Debtor.<br><br><br>Tax I.D. No. 86-0718832 | Case No. 2:13-BK-16130 (SSC)<br><br>Chapter 11 |
| In re:<br><br>G.H.V. REFRIGERATION, INC.,<br>    Debtor.<br><br><br>Tax I.D. No. 95-3994512 | Case No. 2:13-BK-16131 (___)<br><br>Chapter 11 |

Upon the motion (the "*Motion*") of the above-captioned debtors and debtors in possession (collectively, the "*Debtors*") seeking entry of an order (this "*Order*") directing joint administration of these chapter 11 cases, all as more fully set forth in the Motion;[1] and upon the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court

---

[1] All terms used but not defined herein shall have the meaning ascribed to them in the Motion and the First Day Declaration, as applicable.

1 having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein; and this Court having determined that the legal and factual bases set forth in the record establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED that:

1. The Motion is granted to the extent provided herein.

2. The bankruptcy proceedings of the following entities are jointly administered by the Court:
   a. ELECTRIC TRANSPORTATION ENGINEERING CORPORATION
   b. ECOTALITY, INC.
   c. ECOTALITY STORES, INC.
   d. ETEC NORTH, LLC
   e. THE CLARITY GROUP, INC.
   f. G.H.V. REFRIGERATION, INC.

3. Pursuant to Bankruptcy Rule 1015 and Local Rule 1015-1(b), each of the above-captioned chapter 11 cases is consolidated for procedural purposes only and shall be jointly administered by the Court under Electric Transportation Engineering Corporation, Case No. 2:13-BK-16126 (RJH).

4. The above-captioned chapter 11 cases shall be transferred and assigned to facilitate the joint administration of these cases before the same judge.

5. A docket entry shall be made on the docket for the other chapter 11 cases reflecting the joint administration of these cases.

6. Nothing contained in this Order shall be deemed or construed as directing or otherwise effecting the substantive consolidation of any of the above-captioned chapter 11 cases.

7. The caption of the Debtors' jointly administered cases shall read as follows:

| | |
|---|---|
| In re:<br><br>ELECTRIC TRANSPORTATION ENGINEERING CORPORATION (d/b/a ECOTALITY NORTH AMERICA), *et al.,*[*]<br><br>Debtors.<br><br><br>This filing applies to:<br><br>■ All Debtors<br><br>☐ Specified Debtors | Case No. 2:13-BK-16126 (RJH)<br><br>Chapter 11<br><br>Jointly Administered<br><br>**[MOTION TITLE]**<br><br>Hearing Date: _____, 2013<br>Time: _____ |

[*] The Debtors in these jointly administered chapter 11 cases and the last four digits of their respective Employer Identification Numbers are: (i) ECOtality, Inc. (5422); (ii) Electric Transportation Engineering Corporation (4755); (iii) ECOtality Stores, Inc. (2643); (iv) ETEC North, LLC (n/a); (v) The Clarity Group, Inc. (8832); and (vi) G.H.V. Refrigeration, Inc. (4512). The Debtors' service address at ECOtality, Inc's corporate headquarters is Post Montgomery Center, One Montgomery Street, Suite 2525, San Francisco, California 94104.

8. The requirements under Bankruptcy Code section 342(c)(1) and Bankruptcy Rules 1005 and 2002 that the case caption in pleadings and notices include certain identifying information about the Debtors are waived, and the caption set forth herein, including the footnote listing the Debtors in these chapter 11 cases, the last four numbers of their respective Employer Identification Numbers and the address of ECOtality, Inc.'s corporate headquarters, is approved.

9. The Court retains jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

**\*\* DATED AND SIGNED ABOVE \*\***