CHARLES R. GIBBS (admitted *pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
1700 Pacific Avenue
Dallas, Texas 75201
Telephone: (214) 969-2800
Facsimile: (214) 969-4343
cgibbs@akingump.com

DAVID P. SIMONDS (admitted *pro hac vice*)
ARUN KURICHETY (admitted *pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
2029 Century Park East, Suite 2400
Los Angeles, California 90067
Telephone: (310) 229-1000
Facsimile: (310) 229-1001
dsimonds@akingump.com
akurichety@akingump.com

– and –

JARED G. PARKER (SBN: 6428)
PARKER SCHWARTZ, PLLC
7310 N. 16th St., Suite 330
Phoenix, Arizona 85020
Telephone: (602) 282-0476
Facsimile: (602) 282-0478
jparker@psazlaw.com

Attorneys for Debtors
and Debtors in Possession

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>ELECTRIC TRANSPORTATION ENGINEERING CORPORATION (d/b/a ECOTALITY NORTH AMERICA), *et al.*,[1]<br><br>Debtors. | Case No. 2:13-BK-16126 (RJH)<br><br>Chapter 11<br><br>Jointly Administered<br><br>**GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODS, AND DISCLAIMERS REGARDING DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS** |
| This filing applies to:<br><br>■ All Debtors<br><br>☐ Specified Debtors | |

[1] The Debtors in these jointly administered chapter 11 cases and the last four digits of their respective Employer Identification Numbers are: (i) ECOtality, Inc. (5422); (ii) Electric Transportation Engineering Corporation (4755); (iii) ECOtality Stores, Inc. (2643); (iv) ETEC North, LLC (n/a); (v) The Clarity Group, Inc. (8832); and (vi) G.H.V. Refrigeration, Inc. (4512). The Debtors' service address at ECOtality, Inc.'s corporate headquarters is Post Montgomery Center, One Montgomery Street, Suite 2525, San Francisco, California 94104.

The above-captioned debtors and debtors in possession (collectively, the "*Debtors*") are filing their respective Schedules of Assets and Liabilities (the "*Schedules*") and Statements of Financial Affairs (the "*Statements*" and, with the Schedules, the "*Schedules and Statements*") in the United States Bankruptcy Court for the District of Arizona (the "*Bankruptcy Court*"). The Debtors, with the assistance of certain of their advisors, prepared the Schedules and Statements in accordance with section 521 of title 11 of the United States Code (the "*Bankruptcy Code*") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "*Bankruptcy Rules*").

These *Global Notes and Statements of Limitations, Methods and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (collectively, the "*Global Notes*") pertain to, are incorporated by reference in, and comprise an integral part of, all the Schedules and Statements. These Global Notes should be referred to and reviewed in connection with any review of the Schedules and Statements.[2]

The Schedules and Statements have been prepared by certain of the Debtors' management and other employees, with the assistance of certain of their advisors, and are unaudited and subject to further review and potential revision. In preparing the Schedules and Statements, the Debtors relied on financial data derived from their books and records as was available at the time of preparation. The Debtors' management and advisors have made reasonable efforts to ensure that they are as accurate and complete as possible under the circumstances based on information that was available to them at the time of preparation; however, subsequent information or discovery may result in material changes to the Schedules and Statements and inadvertent errors or omissions may exist, notwithstanding any such discovery or new information; however, the Debtors shall not be required to update the Schedules and Statements.

**Global Notes Control**. Except where otherwise indicated, in the event that the Schedules and Statements differ from the Global Notes, the Global Notes shall control.

**Reservation of Rights**. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend or supplement the Schedules and Statements and these Global Notes from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to any claim description, designation, or Debtor against which the claim is asserted; dispute or otherwise assert offsets or defenses to any claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; subsequently designate any claim as "disputed," "contingent," or "unliquidated;" or object with regard to the amount, extent, validity, enforceability, priority, or avoidability of any claim. Any failure to designate a claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such claim or amount is not "disputed," "contingent," or "unliquidated." Listing a claim does not constitute an admission of liability by the Debtor against which the claim is listed or against any of the Debtors. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtors' chapter 11 cases, including, without limitation, issues involving claims, rights of setoff or recoupment, substantive consolidation, defenses, equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code, and any other relevant non-bankruptcy laws to recover assets or avoid transfers, or any other claim or cause of action. Any specific reservation or rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph. Notwithstanding the foregoing the Debtors shall not be required to update the Schedules and Statements.

---

[2] These Global Notes are in addition to any specific notes contained in each Debtor's Schedules or Statements.

**Description of the Case and "as of" Information Date**. On September 16, 2013 (the "*Petition Date*"), each of the Debtors filed a petition for relief with the Bankruptcy Court under chapter 11 of the Bankruptcy Code. The Debtors continue to operate their businesses as debtors in possession pursuant to Bankruptcy Code sections 1107(a) and 1108. On September 17, 2013, the Bankruptcy Court entered an order jointly administering these cases pursuant to Bankruptcy Rule 1015(b) [Docket No. 34]. On September 24, 2013, the United States Trustee for Region 14 appointed a statutory committee of unsecured creditors pursuant to Bankruptcy Code section 1102(a)(1).

Unless specifically noted otherwise, all asset values and other amounts listed in the Schedules and Statements are as of the Petition Date.

**Corporate Structure**. A description of the Debtors' corporate structure is set forth in the *Declaration of H. Ravi Brar in Support of First Day Pleadings* [Docket No. 28], which was filed on September 17, 2013.

**Amendment**. Although reasonable efforts were made to file complete and accurate Schedules and Statements, inadvertent errors or omissions may exist. Thus, the Debtors reserve all rights to amend or supplement their Schedules and Statements from time to time as may be necessary or appropriate.

**Basis of Presentation**. For financial reporting purposes, the Debtors historically prepare consolidated financial statements, which include each of the Debtors. Unlike the consolidated financial statements, the Schedules and Statements, except where otherwise indicated, reflect the assets and liabilities of each Debtor on a non-consolidated basis. Accordingly, the totals listed in the Schedules and Statements will likely differ, at times materially, from the consolidated financial reports prepared by the Debtors for financial reporting purposes or otherwise.

Although these Schedules and Statements may, at times, incorporate information prepared in accordance with generally accepted accounting principles ("*GAAP*"), the Schedules and Statements neither purport to represent nor reconcile financial statements otherwise prepared and/or distributed by the Debtors in accordance with GAAP or otherwise. To the extent that a Debtor shows more assets than liabilities, this is not an admission that the Debtor was solvent at the Petition Date or at any time prior to the Petition Date. Likewise, to the extent that a Debtor shows more liabilities than assets, this is not an admission that the Debtor was insolvent at the Petition Date or any time prior to the Petition Date.

**Confidentiality**. There may be instances within the Schedules and Statements where names, addresses, or amounts have been left blank. Due to concerns of confidentiality, or concerns for privacy of an individual, the Debtors may have deemed it appropriate and necessary to avoid listing such names, addresses, and amounts. To the extent that certain addresses are withheld, the Debtors will make such addresses available upon reasonable request and entry into an appropriate confidentiality arrangement.

**Intercompany Claims and Transfers**. Receivables and payables among the Debtors in these cases (each an "*Intercompany Receivable*" or "*Intercompany Payable*") are reported in the Schedules. To the extent a Debtor owes an Intercompany Payable, it is reported on Schedule F as a claim of such Debtor. To the extent a Debtor has an Intercompany Receivable, it is reported on Schedule B16 as an asset of such Debtor. While the Debtors have used reasonable efforts to ensure that the proper intercompany balances are attributed to each legal entity, all rights to amend these items on the Schedules and Statements are reserved.

Intercompany transfers can be characterized in many ways. The Debtors reserve all of their rights with respect to the intercompany balances listed in the analysis, including, without limitation, the appropriate characterization of such intercompany balances and the amounts of such balances, which are still being identified by the Debtors.

The Debtors have listed all Intercompany Payables as unsecured non-priority claims on Schedule F for each applicable Debtor but reserve their rights, except as otherwise may be agreed to pursuant to a stipulation filed with, or order of, the Bankruptcy Court, to later change the characterization, classification, categorization, or designation of such claims, including, without limitation, by designating all or any portion of the amounts listed as secured.

**Insiders**. For purposes of the Schedules and Statements, the Debtors define "insiders" pursuant to Bankruptcy Code section 101(31) as (a) directors, (b) officers, (c) those in control of the Debtors, (d) relatives of directors, officers, or persons in control of the Debtors, and (e) affiliates, or insiders of affiliates. Intercompany payments between the Debtors are not so listed.

Persons have been identified as "insiders" for informational purposes only. The Debtors do not take any position with respect to (a) such person's influence over the control of the Debtors, (b) the management responsibilities or functions of such individual, (c) the decision-making or corporate authority of such individual, or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including, without limitation, the federal securities laws, or with respect to any theories of liability or for any other purpose. In addition, the Debtors' failure to identify any individual as an "insider" shall not prejudice their ability, or right, to later identify any such individual as an "insider" as provided by the reservation of rights set forth herein.

**Recharacterization**. The Debtors have made reasonable efforts to characterize, classify, categorize, or designate the claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements correctly. The Debtors reserve all rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts listed herein were executory as of the Petition Date or remain executory postpetition and whether leases listed herein were unexpired as of the Petition Date or remain unexpired postpetition.

**Summary of Significant Reporting Policies**.

1. **Foreign Currency**. All amounts shown in the Schedules are in U.S. Dollars, which in some cases reflects a conversion based on foreign exchange rates as of the Petition Date.

2. **Current Market Value – Net Book Value**. In many instances, current market valuations are neither maintained by nor readily available to the Debtors. It would be prohibitively expensive and unduly burdensome to obtain current market valuations of the Debtors' property interests that are not maintained or readily available. Accordingly, unless otherwise indicated, the Schedules and Statements reflect the net book values as of the Petition Date, rather than current market values, of the Debtors' assets as of the Petition Date and may not reflect the net realizable value. For this reason, amounts ultimately realized will vary, at some times materially, from net book value. Additionally, the amount of certain liabilities may be "unknown" or "undetermined" and thus, ultimate liabilities may differ materially from those states in the Schedules and Statements.

3. **Liabilities**. Unless otherwise indicated, all liabilities are listed as of the Petition Date.

4. **Paid Claims**. Pursuant to certain first-day orders entered by the Bankruptcy Court (collectively, the "***First Day Orders***"), the Bankruptcy Court has authorized the Debtors to pay certain outstanding prepetition claims, such as certain employee wages and benefits claims, claims for taxes and fees, and insurance claims. Although not all claims previously paid pursuant to a First Day Order will be listed in the Schedules and Statements, certain of these claims that have been paid may appear in the Schedules and Statements. Regardless of whether such claims are listed in the Schedules and

4

Statements, to the extent that such claims are paid pursuant to an order of the Bankruptcy Court (including, without limitation, the First Day Orders), the Debtors reserve all rights to amend or supplement their Schedules and Statements as necessary and appropriate. Certain of the First Day Orders preserve the rights of parties in interest to dispute any amounts paid pursuant to First Day Orders. Nothing herein shall be deemed to alter the rights of any party in interest to contest a payment made pursuant to a First Day Order that preserves such right to contest. Moreover, in the First Day Orders, the Debtors reserved a variety of rights with respect to underlying claims, related agreements, and other matters. All such rights remain reserved.

5.   **Credits and Adjustments**. The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtors. The Debtors reserve all of their rights with regard to such credits, allowances, and other adjustments, including, without limitation, the right to assert claims objections and/or setoffs with respect to the same.

6.   **Leases**. In the ordinary course of business, certain of the Debtors may lease property and equipment from third party lessors for use in the daily operation of their businesses. The Debtors' obligations pursuant to the same have been listed on Schedule F. The underlying lease agreements are listed on Schedule G. Nothing in the Schedules and Statements is or shall be construed to be an admission as to the determination of the legal status of any lease (including, without limitation, whether any lease is a true lease or a financing arrangement), and the Debtors reserve all rights with respect to such issues.

**Undetermined Amounts**. The description of an amount as "unknown," "TBD," or "undetermined" is not intended to reflect upon the materiality of such amount.

**Totals**. All totals that are included in the Schedules represent totals of all known amounts included in the Debtors' books and records as of the Petition Date. To the extent there are unknown or undetermined amounts, and to the extent the Debtors made postpetition payments on prepetition claims pursuant to the First Day Orders or other order of the Bankruptcy Court, the actual total may be different from the listed total.

**Classifications**. Listing a claim (a) on Schedule D as "secured," (b) on Schedule E as "priority," (c) on Schedule F as "unsecured priority," or (d) listing a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant or a waiver of the Debtors' right to recharacterize or reclassify such claim or contract.

**Claims Description**. Any failure to designate a claim on a given Debtor's Schedules as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent," or "unliquidated." The Debtors reserve all rights to dispute, or to assert any offsets or defenses to, any claim reflected on their respective Schedules on any grounds, including, without limitation, amount, liability, validity, priority, or classification, or to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated." Listing a claim does not constitute an admission of liability by the Debtors, and the Debtors reserve the right to amend the Schedules accordingly.

**Guarantees and Other Secondary Liability Claims**. The Debtors have used their best efforts to locate and identify guarantees and other secondary liability claims (collectively, the "***Guarantees***") in their executory contracts, unexpired leases, secured financing, debt instruments, and other such agreements. The Debtors' review of their contracts in such regard is ongoing. Where such Guarantees have been identified, they have been included in the relevant Schedule for the Debtor or Debtors

5

affected by such Guarantees. The Debtors have placed Guarantee obligations on Schedule H for both the primary obligor and the guarantor of the relevant obligation. Such Guarantees were additionally placed on Schedule D or Schedule F for each guarantor, except to the extent that such Guarantee is associated with obligations under an executory contract or unexpired lease identified on Schedule G. Further, the Debtors believe that certain Guarantees embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements may have been inadvertently omitted. Thus, the Debtors reserve their rights to amend the Schedules to the extent that additional Guarantees are identified. In addition, the Debtors reserve the right to amend the Schedules and Statements to recharacterize or reclassify any such contract, lease, claim, or Guarantee.

**Causes of Action**. The Debtors, despite their efforts, may not have listed all of their causes of action (filed or potential) against third parties as assets in the Schedules and Statements. The Debtors reserve all of their rights with respect to any causes of action they may have and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such causes of action.

**Schedule A – Real Property**. To the extent the Debtors have any ownership or possessory interest(s) arising by operation of any executory lease or any other contract, or otherwise, such has not been reported on Schedule A. The Debtors' failure to list any rights in real property on Schedule A should not be construed as a waiver of any such rights that may exist, whether known or unknown at this time.

**Schedule B – Personal Property**. Personal property owned by any of the Debtors is listed in the Schedule B for that individual Debtor. To the extent the Debtors have not been able to identify the actual physical location of certain personal property, the Debtors have reported the address of that individual Debtor's principal place of business. The Debtors' failure to list any rights in personal property on Schedule B should not be construed as a waiver of any such rights that may exist, whether known or unknown at this time.

Certain amounts identified as "retainers" are instead "advance payments," as provided in the applicable engagement letters between the Debtors and certain of their professional advisors. Such engagement letters further provide that the Debtors do not possess an ownership or other interest in such advance payments (and such advance payments do not constitute security deposits); however, the Debtors may be entitled to assert, upon the completion of services by the professional advisor, a right of payment of an amount by which the accumulated advance payments and other payments paid to such professional advisor have exceeded its accumulated charges for services performed..

Exclusion of certain intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, the inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.

**Schedule D – Creditors Holding Secured Claims**. Except as otherwise agreed pursuant to a stipulation and agreed order or general order entered by the Bankruptcy Court that is or becomes final, the Debtors and/or their estates reserve the right to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditors listed on Schedule D of any Debtor. Moreover, although the Debtors may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtors' assets in which such creditors may have a lien has been undertaken.

The Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument (including, without limitation, any intercompany agreement) related to such creditor's claim. In certain

instances, a Debtor may be a co-obligor or guarantor with respect to scheduled claims of other Debtors, and no claim set forth on Schedule D of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities. The descriptions in Schedule D are intended only to be a summary. Reference to any applicable loan agreement and other relevant documents and a determination of the creditors' compliance with applicable law is necessary for a complete description of the collateral and the nature, extent, and priority of any liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements or related documents.

The claims listed on Schedule D arose or were incurred on various dates and a determination of each date upon which each claim arose or was incurred would be unduly burdensome and cost prohibitive. Accordingly, not all such dates are included for each claim. All claims listed on Schedule D, however, appear to have arisen or to have been incurred prior to the Petition Date.

Real property lessors, utility companies, and other parties that may hold security deposits have not been listed on Schedule D. The Debtors have not included on Schedule D parties that may believe their claims are secured through setoff rights, deposit posted by, or on behalf of, the Debtors, or inchoate statutory liens rights.

Under the *Interim Order: (I) Authorizing Debtors to Obtain Post-Petition Financing Pursuant to 11 U.S.C.§§ 105, 361, 362, 363, and 364, (II) Granting Adequate Protection to Materialmen, and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(b) and 4001(c)* [Docket No. 53], the Debtors obtained interim approval of up to $1,250,000 in debtor-in-possession financing. That amount is not reflected in the Schedules, as the Schedules reflect amounts incurred as of the Petition Date.

**Schedule E – Creditors Holding Unsecured Priority Claims**. Listing a claim on Schedule E as "unsecured priority" does not constitute an admission by the Debtors of the legal rights of the claimant. The Debtors hereby expressly reserve the right to assert that any claim listed on Schedule E, including, without limitation, claims in excess of $12,425 (as applicable), does not constitute an unsecured priority claim under section 507 of the Bankruptcy Code and thus constitutes an unsecured nonpriority claim, or is not a claim.

By interim order dated September 19, 2013 [Docket No. 70], the Bankruptcy Court granted the Debtors interim authority to pay or honor certain prepetition obligations for employee wages, salaries, bonuses, and other compensation, reimbursable employee expenses, and employee medical and similar benefits. The Debtors have not listed on Schedule E any compensation or other obligations for which the Debtors have been granted authority to pay pursuant to a First Day Order or other order that may be entered by the Bankruptcy Court, except to the extent of accrued vacation. The Debtors believe that all such claims have been or will be satisfied in the ordinary course during their chapter 11 cases pursuant to the authority granted in the relevant First Day Order or other order that may be entered by the Bankruptcy Court.

The claims listed on Schedule E arose or were incurred on various dates and a determination of each date upon which each claim arose or was incurred would be unduly burdensome and cost prohibitive. Accordingly, not all such dates are included for each claim. All claims listed on Schedule E, however, appear to have arisen or to have been incurred prior to the Petition Date.

**Schedule F – Creditors Holding Unsecured Nonpriority Claims**. Listing a claim on Schedule F as "unsecured nonpriority" does not constitute an admission by the Debtors of any legal rights of the claimant. The Debtors hereby expressly reserve the right to assert that any claim listed on Schedule F does not constitute an unsecured nonpriority claim (including, without limitation, the right to assert that any such claim constitutes a secured or priority claim). Additionally, noting that a claim on Schedule F is "subject to setoff" does not constitute an admission by the Debtor of the legal rights of

7

the claimant. The Debtors hereby expressly reserve the right to assert that any claim listed on Schedule F is not subject to setoff or dispute any claim to such setoff.

The Debtors have attempted to relate all liabilities to each Debtor. However, due to the related nature of the Debtors' businesses, debts of one Debtor may be inadvertently listed on the Schedules of another. Readers of the Schedules should review all of the Debtors' Schedules for a complete understanding of the unsecured debts of the Debtors.

The Debtors may have certain rights of setoff and/or recoupment with respect to the claims set forth on Schedule F. The Debtors reserve all rights with respect to such setoff and/or recoupment rights. Additionally, certain creditors may assert mechanic's, materialman's, or other similar liens against the Debtors for amounts listed on Schedule F. The Debtors reserve their right to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be perfected by a creditor listed on Schedule F.

Schedule F does not include certain accruals including, without limitation, related to certain unbilled installations from certain contractors. Such amounts are, however, reflected on the Debtors' books and records as required in accordance with GAAP. Such accruals are general estimates of liabilities and do not represent specific claims as of the Petition Date.

The claims listed on Schedule F may have arisen or been incurred on various dates and a determination of each date upon which each claim arose or was incurred would be unduly burdensome and cost prohibitive. Accordingly, not all such dates are included for each claim. All claims listed on Schedule F, however, appear to have arisen or to have been incurred prior to the Petition Date.

**Schedule G – Executory Contracts and Unexpired Leases**. Although reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases, the Debtors' review is ongoing and inadvertent errors, omissions, or over-inclusion may have occurred.

Any and all of the Debtors' rights, claims, and causes of action with respect to the contracts, agreements, and leases listed on Schedule G are hereby reserved and preserved, and, as such, the Debtors hereby reserve all of their rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth on Schedule G and to amend or supplement such Schedule as necessary.

The placing of a contract or lease onto Schedule G shall not be deemed an admission that such contract is an executory contract or unexpired lease, or that it is necessarily a binding, valid, and enforceable contract. The Debtors hereby expressly reserve the right to assert that any claim listed on Schedule G does not constitute an executory contract within the meaning of section 365 of the Bankruptcy Code.

The Debtors may have entered into various other types of agreements in the ordinary course of their business, such as indemnity agreements, supplemental agreements, amendments/letter agreements, and confidentiality agreements. Such documents may not be set forth in Schedule G. Moreover, the contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppels certificates, letters, or other documents, instruments, and agreements that may not be listed on Schedule G. Portions of some contracts and leases that are listed on Schedule G may have been fully performed, while other portions of the same contracts and leases may remain executory or unexpired.

Certain of the contracts, agreements, and leases listed on Schedule G may contain renewal options, guarantees of payments, options to purchase, rights of first refusal, rights to lease additional space, and other miscellaneous rights. Such rights, powers, duties, and obligations may not be set forth on Schedule G.

8

Certain of the agreements listed on Schedule G may be in the nature of conditional sales agreements or secured financings. The presence of these agreements or any other agreements on Schedule G does not constitute an admission that any such agreement is an executory contract or unexpired lease.

The Debtors reserve all of their rights, claims, and causes of action with respect to the contracts and agreements listed on Schedule G, including, without limitation, the right to dispute or challenge the characterization or the structure of any transaction, document, or instrument. Certain executory agreements may not have been memorialized in writing and could be subject to dispute. Generally, executory agreements that are oral in nature have not been included in the Schedule. Further, the Debtors may be parties to various other agreements concerning real property, such as easements, rights of way, subordination, non-disturbance, supplemental agreements, amendments/letter agreements, title documents, consents, site plans, maps, and other miscellaneous agreements. Such agreements, if any, are not set forth in Schedule G.

The Debtors have attempted to list the appropriate Debtor parties to each contract, agreement, and lease on Schedule G. However, there may be instances in which other Debtor entities that are not parties to the contracts, agreements, and leases have been the primary entities conducting business in connection with these contracts, agreements, and leases. Accordingly, the Debtors have listed certain contracts, agreements, and leases on Schedule G of the Debtor entity corresponding to the applicable contracting entity on which may, upon further review, differ from the primary entity conducting business with the counterparty to that particular contract, agreement, or lease. Additionally, certain of the contracts, agreements, and leases listed on Schedule G may have been entered into by more than one of the Debtors.

**Schedule H – Co-Debtors**. Although the Debtors have made every effort to ensure the accuracy of Schedule H, inadvertent errors, omissions, or inclusion may have occurred. The Debtors hereby reserve all rights to dispute the validity, status, or enforceability of any obligations set forth on Schedule H and to further amend or supplement such Schedule as necessary.

The Debtors further reserve all rights, claims, and causes of action with respect to the obligations listed on Schedule H, including, without limitation, the right to dispute or challenge the characterization or the structure of any transaction, document, or instrument related to a creditor's claim. The listing of a contract, guarantee, or other obligation on Schedule H shall not be deemed an admission that such obligation is binding, valid, or enforceable.

**Statements Question 2 – Other Income**. From time to time, the Debtors may have de minimis income from sources other than the operation of business that is not provided in response to Statement Question 2.

**Statements Question 3(b) and (c) – Payments to Creditors**. Certain intercompany transactions are accounted for through transfers of cash to and from appropriate bank accounts in and out of the Debtors' cash management system after certain adjustments are made to intercompany accounts receivable and accounts payable among the Debtor and its Debtor and non-Debtor affiliates. These payments and transactions have not been listed. However, readers of the Schedules and Statements wishing to verify any outstanding Intercompany Payables and Intercompany Receivables should refer to Schedules B16, D, or F, as applicable.

The Debtor's response includes payments made to such creditors who are or were insiders only to the extent such payments were made during the time in which the creditor was an insider and only in that creditor's capacity as insider subject to the general reservation of rights including, without limitation, with regard to "insiders" as set forth herein.

**Statements Question 9 – Payments Related to Debt Counseling or Bankruptcy**. All payments related to debt counseling or bankruptcy made to the Debtors' advisors are listed on the Statements of ECOtality, Inc. and represent payments made for itself and its affiliates, except as specifically noted on the Statements.

**Statements Question 18(a) – Location of Business**. The Debtors have disclosed the address of each Debtor's main center of operations or headquarters and have not included information regarding any related ground stations, warehousing, storage facilities, or any other site or location where a portion of a Debtor's business operations are conducted.

**Statements Question 19(d) – Books, Records, and Financial Statements**. Pursuant to the requirements of the Securities Exchange Act of 1934, as amended, Debtor ECOtality, Inc. has filed with the U.S. Securities and Exchange Commission (the "*SEC*") reports on Form 8-K, Form 10-Q, and Form 10-K. These SEC filings contain consolidated financial information relating to the Debtors. Additionally, consolidated financial information for the Debtors is posted on the company's website at www.ecotality.com. Because the SEC filings and the website are of public record, the Debtors do not maintain records of the parties that requested or obtained copies of any of the SEC filings from the SEC or the Debtors.

In addition, the Debtors provide certain parties, such as banks, auditors, potential investors, vendors, and financial advisors financial statements that may not be part of a public filing. The Debtors do not maintain complete lists to track such disclosures. As such, the Debtors have not provided lists of these parties in response to this question.

**Statements Question 23 – Distributions to an Insider**. Certain intercompany transactions are accounted for through transfers of cash to and from appropriate bank accounts in and out of the Debtors' cash management system after certain adjustments are made to intercompany accounts receivable and accounts payable among the Debtors and their Debtor and non-Debtor affiliates. These payments and transactions have not been listed. However, readers of the Schedules and Statements wishing to verify any outstanding Intercompany Payables and Intercompany Receivables should refer to Schedules B16, D, or F, as applicable.

The Debtors' response includes payments made to such creditors who are or were insiders only to the extent such payments were made during the time in which the creditor was an insider and only in that creditor's capacity as insider subject to the general reservation of rights including, without limitation, with regard to "insiders" as set forth herein.

*[REST OF PAGE INTENTIONALLY LEFT BLANK]*

Dated: September 30, 2013

PARKER SCHWARTZ, PLLC


By: _/s/ Jared G. Parker_____
        Jared G. Parker

– and –

AKIN GUMP STRAUSS HAUER & FELD LLP

Charles R. Gibbs (admitted *pro hac vice*)
David P. Simonds (admitted *pro hac vice*)
Arun Kurichety (admitted *pro hac vice*)


Attorneys for the Debtors
and Debtors in Possession

# FORM 7 - STATEMENT OF FINANCIAL AFFAIRS
# UNITED STATES BANKRUPTCY COURT
## District of Arizona

**In re: ECOtality, Inc.**　　　　　　　　　　　　　　　　　　　　　　　**Case No. 13-16127 (RJH)**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

### 1. Income from employment or operation of business
State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NONE | AMOUNT | SOURCE |
|------|--------|--------|
| | $1,304,771.00 | Fiscal 2011 Gross Income - Equip/Parts Sales |
| | $1,137,082.00 | Fiscal 2012 Gross Income - Equip/Parts Sales |
| | $788,613.00 | 1/1/13 thru 9/16/13 Gross Income - Equip/Parts Sales |

**2. Income other than from employment or operation of business**

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NONE | AMOUNT | SOURCE |
|------|--------|--------|
| X | | |

**3. Payment to creditors**

*Complete a. or b., as appropriate, and c.*

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.

| NONE | NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|------|------------------------------|-------------------|-------------|--------------------|
| X | | | | |

b. *Debtor whose debts are not primarily consumer debts*: List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

| NONE | NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|------|------------------------------|------------------------------|-----------------------------------|--------------------|
| | See SOFA 3b Attachment | | | |

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NONE | NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|------|---------------------------------------------------------|-----------------|-------------|--------------------|
| | See SOFA 3c Attachment | | | |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NONE | CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|---|
| | See SOFA 4a Attachment | | | |

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NONE | NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| X | | | |

**5. Repossessions, foreclosures and returns**

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NONE | NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| X | | | |

**6. Assignments and receiverships**

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NONE | NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|---|
| X | | | |

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NONE | NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|---|
| X | | | | |

**7. Gifts**

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NONE | NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|---|
| X | | | | |

**8. Losses**

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NONE | DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCE AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|---|
| | See SOFA 8 Attachment | | |

**9. Payments related to debt counseling or bankruptcy**

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NONE | NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| | See SOFA 9 Attachment | | |

**10. Other transfers**

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NONE | NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|---|
| X | | | |

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NONE | NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|---|
| X | | | |

**11. Closed financial accounts**

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NONE | NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|---|
| X | | | |

**12. Safe deposit boxes**

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NONE | NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO THE BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|---|
| X | | | | |

**13. Setoffs**

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NONE | NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|---|
| X | | | |

**14. Property held for another person**

List all property owned by another person that the debtor holds or controls.

| NONE | NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|---|
| X | | | |

**15. Prior address of debtor**

If the debtor has moved within the **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| NONE | ADDRESS | NAME USED | DATES OF OCCUPANCY |
|------|---------|-----------|--------------------|
| | 4 Embarcadero Center<br>San Francisco, CA 94111 | San Francisco Corporate Office | 7/1/10 - 2/28/12 |
| | 80 E. Rio Salado, Suite 710<br>Tempe, AZ 85281 | Tempe Operations Office | 3/1/10 - 5/1/13 |
| | 6821 E. Thomas Road<br>Scottsdale, AZ 85251 | Scottsdale Operations Office | 1/12/07 - 3/1/10 |

**16. Spouses and Former Spouses**

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

| NONE | NAME |
|------|------|
| X | |

**17. Environmental Information**.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| NONE | SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|------|-----------------------|----------------------------------------|----------------|-------------------|
| X | | | | |

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| NONE | SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|------|-----------------------|----------------------------------------|----------------|-------------------|
| X | | | | |

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NONE | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|---|
| X | | | |

## 18. Nature, location and name of business

a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full – or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NONE | NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|---|
| | See SOFA 18 Attachment | | | | |

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NONE | NAME | ADDRESS |
|---|---|---|
| X | | |

Page 7 of 10

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NONE | NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| | Susie Herrmann<br>430 S. 2nd Ave<br>Phoenix, AZ 85003 | Last two years |
| | Beverly Frye<br>430 S. 2nd Ave<br>Phoenix, AZ 85003 | Last two years |

b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NONE | NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|---|
| | McGladrey LLP | 501 N. 44th Street<br>Suite 300<br>Phoenix, AZ 85008 | 9/1/10 through 9/16/13 |

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NONE | NAME | ADDRESS |
|---|---|---|
| X | | |

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NONE | NAME AND ADDRESS | DATE ISSUED |
|---|---|---|
| | See SOFA 19d Attachment | |

### 20. Inventories

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| NONE | DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|---|
| | See SOFA 20a Attachment | | |

b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| NONE | DATE OF INVENTORY | NAME AND ADDRESS OF CUSTODIAN OF INVENTORY RECORDS |
|------|-------------------|----------------------------------------------------|
|      |                   | See SOFA 20a Attachment                            |

**21. Current Partners, Officers, Directors and Shareholders**
a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NONE | NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|------|------------------|--------------------|------------------------|
| X    |                  |                    |                        |

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NONE | NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|------|------------------|-------|------------------------------------------|
|      | See SOFA 21b Attachment |  |                                   |

**22. Former partners, officers, directors and shareholders**
a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NONE | NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|------|---------|--------------------|
| X    |      |         |                    |

b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NONE | NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------|------------------|-------|---------------------|
|      | Brendan Hurbut C/O ECOtality, Inc. | Director | 9/15/2013 |
|      | David Kuzma C/O ECOtality, Inc. | Director | 12/27/2012 |

**23. Withdrawals from a partnership or distributions by a corporation**
If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NONE | NAME AND ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|------|-------------------------------------------------------|--------------------------------|------------------------------------------------------|
|      | See SOFA 23 Attachment                                |                                |                                                      |

**24. Tax Consolidation Group.**
If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NONE | NAME OF PARENT CORPORATION | TAXPAYER-IDENTIFICATION NUMBER(EIN) |
|------|----------------------------|-------------------------------------|
| X    |                            |                                     |

**25. Pension Funds**

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

| NONE | NAME OF PENSION FUND | TAXPAYER-IDENTIFICATION NUMBER(EIN) |
|------|----------------------|--------------------------------------|
| X    |                      |                                      |

| Name of creditor | Address | Payment date | Amount paid | Amount still owing |
|---|---|---|---|---|
| 8x8 | Dept 848080, , Los Angeles, CA 90084-8080 | 08/23/2013 | $4,087.09 | $0.00 |
| A.C.T. | PO Box 975312, , Dallas, TX 75397-5312 | 07/18/2013 | $1,334.88 | $0.00 |
| ABB Technology Ventures Ltd | Affolternstrasse 44, , P.O. Box 8131, CH-8050, Zurich | 06/28/2013 | $63,125.00 | $52,604.17 |
| ABM | C/O Cushman & Wakefield/Parking, 1 Montgomery St, Ste 450, San Francisco, CA 94104 | 07/01/2013 | $1,125.00 | $1,125.00 |
| ABM | C/O Cushman & Wakefield/Parking, 1 Montgomery St, Ste 450, San Francisco, CA 94104 | 08/23/2013 | $1,125.00 | $1,125.00 |
| ADP | 504 Clinton Center Dr., Suite 4400, Clinton, MS 39056 | 06/28/2013 | $183,329.85 | $631.00 |
| ADP | 504 Clinton Center Dr., Suite 4400, Clinton, MS 39056 | 06/28/2013 | $102,150.11 | $631.00 |
| ADP | 504 Clinton Center Dr., Suite 4400, Clinton, MS 39056 | 06/28/2013 | $74.51 | $631.00 |
| ADP | 504 Clinton Center Dr., Suite 4400, Clinton, MS 39056 | 06/28/2013 | $505.11 | $631.00 |
| ADP | 504 Clinton Center Dr., Suite 4400, Clinton, MS 39056 | 07/02/2013 | $15,990.58 | $631.00 |
| ADP | 504 Clinton Center Dr., Suite 4400, Clinton, MS 39056 | 07/05/2013 | $8,540.72 | $631.00 |
| ADP | 504 Clinton Center Dr., Suite 4400, Clinton, MS 39056 | 07/15/2013 | $6,346.21 | $631.00 |
| ADP | 504 Clinton Center Dr., Suite 4400, Clinton, MS 39056 | 07/15/2013 | $10,475.44 | $631.00 |
| ADP | 504 Clinton Center Dr., Suite 4400, Clinton, MS 39056 | 07/26/2013 | $511.29 | $631.00 |
| ADP | 504 Clinton Center Dr., Suite 4400, Clinton, MS 39056 | 07/31/2013 | $145,900.42 | $631.00 |
| ADP | 504 Clinton Center Dr., Suite 4400, Clinton, MS 39056 | 07/31/2013 | $81,271.79 | $631.00 |
| ADP | 504 Clinton Center Dr., Suite 4400, Clinton, MS 39056 | 07/31/2013 | $74.51 | $631.00 |
| ADP | 504 Clinton Center Dr., Suite 4400, Clinton, MS 39056 | 08/02/2013 | $8,237.48 | $631.00 |
| ADP | 504 Clinton Center Dr., Suite 4400, Clinton, MS 39056 | 08/02/2013 | $9,025.17 | $631.00 |
| ADP | 504 Clinton Center Dr., Suite 4400, Clinton, MS 39056 | 08/09/2013 | $35,337.13 | $631.00 |
| ADP | 504 Clinton Center Dr., Suite 4400, Clinton, MS 39056 | 08/09/2013 | $41,286.29 | $631.00 |
| ADP | 504 Clinton Center Dr., Suite 4400, Clinton, MS 39056 | 08/29/2013 | $132,061.50 | $631.00 |
| ADP | 504 Clinton Center Dr., Suite 4400, Clinton, MS 39056 | 08/29/2013 | $76,976.01 | $631.00 |
| ADP | 504 Clinton Center Dr., Suite 4400, Clinton, MS 39056 | 08/29/2013 | $74.51 | $631.00 |
| ADP | 504 Clinton Center Dr., Suite 4400, Clinton, MS 39056 | 08/29/2013 | $40,149.69 | $631.00 |
| ADP | 504 Clinton Center Dr., Suite 4400, Clinton, MS 39056 | 08/29/2013 | $22,222.89 | $631.00 |
| ADP | 504 Clinton Center Dr., Suite 4400, Clinton, MS 39056 | 08/30/2013 | $513.36 | $631.00 |
| ADP | 504 Clinton Center Dr., Suite 4400, Clinton, MS 39056 | 09/03/2013 | $9,639.60 | $631.00 |
| ADP | 504 Clinton Center Dr., Suite 4400, Clinton, MS 39056 | 09/03/2013 | $5,137.50 | $631.00 |
| ADP | 504 Clinton Center Dr., Suite 4400, Clinton, MS 39056 | 09/06/2013 | $8,269.67 | $631.00 |
| ADP | 504 Clinton Center Dr., Suite 4400, Clinton, MS 39056 | 09/11/2013 | $19,886.36 | $631.00 |
| ADP | 504 Clinton Center Dr., Suite 4400, Clinton, MS 39056 | 09/11/2013 | $8,087.37 | $631.00 |
| ADP | 504 Clinton Center Dr., Suite 4400, Clinton, MS 39056 | 09/11/2013 | $2,371.16 | $631.00 |
| ADP | 504 Clinton Center Dr., Suite 4400, Clinton, MS 39056 | 09/12/2013 | $104,990.88 | $631.00 |
| ADP | 504 Clinton Center Dr., Suite 4400, Clinton, MS 39056 | 09/12/2013 | $44,791.78 | $631.00 |
| ADP | 504 Clinton Center Dr., Suite 4400, Clinton, MS 39056 | 09/13/2013 | $10,355.80 | $631.00 |
| Adrene Bogust | 448 N. Prospect Ave, , Redondo Beach, CA 90277 | 08/14/2013 | $4,774.91 | $0.00 |
| Adriana Velazco | 342 W San Ysidro Blvd, 47, , San Ysidro, CA 92173 | 08/15/2013 | $923.37 | $0.00 |
| AEE | 135 Main Street, Suite 1320, San Francisco, CA 94105 | 07/01/2013 | $10,000.00 | $0.00 |

| Name of creditor | Address | Payment date | Amount paid | Amount still owing |
|---|---|---|---|---|
| Akin Gump Strauss Hauer & Feld LLP | 2029 Century Park East, Suite 2400, , Los Angeles, CA 90067-3012 | 08/12/2013 | $400,000.00 | $0.00 |
| Akin Gump Strauss Hauer & Feld LLP | 2029 Century Park East, Suite 2400, , Los Angeles, CA 90067-3012 | 08/28/2013 | $334,373.50 | $0.00 |
| Akin Gump Strauss Hauer & Feld LLP | 2029 Century Park East, Suite 2400, , Los Angeles, CA 90067-3012 | 09/05/2013 | $209,740.10 | $0.00 |
| Akin Gump Strauss Hauer & Feld LLP | 2029 Century Park East, Suite 2400, , Los Angeles, CA 90067-3012 | 09/13/2013 | $142,408.57 | $0.00 |
| Allied Storage Containers, Inc. | PO Box 519 Colton CA 92324 | 08/05/2013 | $99.28 | $0.00 |
| Amy Hillman | 2920 SE Kelly Street, , Portland, OR 97202 | 08/14/2013 | $3,815.50 | $0.00 |
| Ana G Trujillo | 9375 Customhouse Plaza Suite F-G San Diego CA 92154 | 07/01/2013 | $250.26 | $0.00 |
| Andrew Hooper | 1492 Pacific Ave., #9, San Francisco, CA 94109 | 07/11/2013 | $238.37 | $0.00 |
| Andrew Hooper | 1492 Pacific Ave., #9, San Francisco, CA 94109 | 07/26/2013 | $500.00 | $0.00 |
| Andrew Hooper | 1492 Pacific Ave., #9, San Francisco, CA 94109 | 08/12/2013 | $150.07 | $0.00 |
| Andrew Hooper | 1492 Pacific Ave., #9, San Francisco, CA 94109 | 08/14/2013 | $943.75 | $0.00 |
| Andrew Hoskinson | 1492 Pacific Ave., #9, San Francisco, CA 94109 | 07/16/2013 | $5,368.83 | $0.00 |
| Anthony Diaz | 10659 Pointe Mountain Top Circle, #80, Spring Valley, CA 91978 | 09/05/2013 | $1,808.02 | $0.00 |
| Aprea & Micheli, Inc. | 1415 L Street, Suite 620, Sacramento, CA 95814 | 07/18/2013 | $1,676.80 | $2,549.50 |
| Aprea & Micheli, Inc. | 1415 L Street, Suite 620, Sacramento, CA 95814 | 07/25/2013 | $1,399.59 | $2,549.50 |
| Aqua Chill, Inc. | P.O. Box 24778, , Tempe, AZ 85285-4778 | 07/01/2013 | $34.55 | $134.94 |
| Aqua Chill, Inc. | P.O. Box 24778, , Tempe, AZ 85285-4778 | 07/25/2013 | $34.55 | $134.94 |
| Arizona Corporation Commission | 1300 W. Washington, , Phoenix, AZ 85007 | 07/23/2013 | $35.00 | $0.00 |
| Armando Moreno-Ibarra | 416 W. San Ysidro Blvd. L-425 San Ysidro CA 92173-2443 | 07/11/2013 | $850.00 | $0.00 |
| Armando Moreno-Ibarra | 416 W. San Ysidro Blvd. L-425 San Ysidro CA 92173-2443 | 09/06/2013 | $2,050.00 | $0.00 |
| Arrowhead | P.O. Box 856158, , Louisville, KY 40285-6158 | 07/01/2013 | $80.85 | $190.47 |
| Arrowhead | P.O. Box 856158, , Louisville, KY 40285-6158 | 07/18/2013 | $142.80 | $0.00 |
| Arrowhead | PO Box 856158 Lousivile KY 40285-6158 | 07/23/2013 | $103.51 | $0.00 |
| Arrowhead | PO Box 856158 Lousivile KY 40285-6158 | 08/05/2013 | $23.68 | $0.00 |
| Bank of America | P.O. Box 15731, , Wilmington, DE 19886-5731 | 07/11/2013 | $2,491.76 | $0.00 |
| Bank of America | P.O. Box 15731, , Wilmington, DE 19886-5731 | 07/11/2013 | $888.00 | $0.00 |
| Bank of America | P.O. Box 15731, , Wilmington, DE 19886-5731 | 07/11/2013 | $5,394.29 | $0.00 |
| Bank of America | P.O. Box 15731, , Wilmington, DE 19886-5731 | 07/11/2013 | $9,944.42 | $0.00 |
| Bank of America | P.O. Box 15731, , Wilmington, DE 19886-5731 | 07/11/2013 | $5,637.54 | $0.00 |
| Bank of America | P.O. Box 15731, , Wilmington, DE 19886-5731 | 07/11/2013 | $4,932.92 | $0.00 |
| Bank of America | P.O. Box 15731, , Wilmington, DE 19886-5731 | 07/11/2013 | $2,081.07 | $0.00 |
| Bank of America | P.O. Box 15731, , Wilmington, DE 19886-5731 | 07/11/2013 | $5,063.86 | $0.00 |
| Bank of America | P.O. Box 15731, , Wilmington, DE 19886-5731 | 07/11/2013 | $15.00 | $0.00 |
| Bank of America | P.O. Box 15731, , Wilmington, DE 19886-5731 | 07/11/2013 | $3,659.84 | $0.00 |
| Bank of America | P.O. Box 15731, , Wilmington, DE 19886-5731 | 07/11/2013 | $774.95 | $0.00 |
| Bank of America | P.O. Box 15731, , Wilmington, DE 19886-5731 | 07/11/2013 | $1,331.58 | $0.00 |
| Bank of America | P.O. Box 15731, , Wilmington, DE 19886-5731 | 07/11/2013 | $878.89 | $0.00 |
| Bank of America | P.O. Box 15731, , Wilmington, DE 19886-5731 | 07/11/2013 | $222.15 | $0.00 |
| Bank of America | P.O. Box 15731, , Wilmington, DE 19886-5731 | 07/11/2013 | $300.63 | $0.00 |

| Name of creditor | Address | Payment date | Amount paid | Amount still owing |
|---|---|---|---|---|
| Bank of America | P.O. Box 15731, , Wilmington, DE 19886-5731 | 07/11/2013 | $1,150.98 | $0.00 |
| Bank of America | P.O. Box 15731, , Wilmington, DE 19886-5731 | 07/12/2013 | $1,284.66 | $0.00 |
| Bank of America | P.O. Box 15731, , Wilmington, DE 19886-5731 | 07/15/2013 | $2,755.72 | $0.00 |
| Bank of America | P.O. Box 15731, , Wilmington, DE 19886-5731 | 08/12/2013 | $1,269.12 | $0.00 |
| Bank of America | P.O. Box 15731, , Wilmington, DE 19886-5731 | 08/12/2013 | $101.78 | $0.00 |
| Bank of America | P.O. Box 15731, , Wilmington, DE 19886-5731 | 08/12/2013 | $1,001.84 | $0.00 |
| Bank of America | P.O. Box 15731, , Wilmington, DE 19886-5731 | 08/12/2013 | $5,624.70 | $0.00 |
| Bank of America | P.O. Box 15731, , Wilmington, DE 19886-5731 | 08/12/2013 | $5,402.50 | $0.00 |
| Bank of America | P.O. Box 15731, , Wilmington, DE 19886-5731 | 08/12/2013 | $15.00 | $0.00 |
| Bank of America | P.O. Box 15731, , Wilmington, DE 19886-5731 | 08/12/2013 | $7,617.59 | $0.00 |
| Bank of America | P.O. Box 15731, , Wilmington, DE 19886-5731 | 08/12/2013 | $5,801.97 | $0.00 |
| Bank of America | P.O. Box 15731, , Wilmington, DE 19886-5731 | 08/12/2013 | $1,126.37 | $0.00 |
| Bank of America | P.O. Box 15731, , Wilmington, DE 19886-5731 | 08/12/2013 | $2,013.36 | $0.00 |
| Bank of America | P.O. Box 15731, , Wilmington, DE 19886-5731 | 08/12/2013 | $4,188.38 | $0.00 |
| Bank of America | P.O. Box 15731, , Wilmington, DE 19886-5731 | 08/12/2013 | $95.00 | $0.00 |
| Bank of America | P.O. Box 15731, , Wilmington, DE 19886-5731 | 08/12/2013 | $128.25 | $0.00 |
| Bank of America | P.O. Box 15731, , Wilmington, DE 19886-5731 | 08/12/2013 | $1,048.13 | $0.00 |
| Bank of America | P.O. Box 15731, , Wilmington, DE 19886-5731 | 08/12/2013 | $1,104.07 | $0.00 |
| Bank of America | P.O. Box 15731, , Wilmington, DE 19886-5731 | 08/12/2013 | $4,265.43 | $0.00 |
| Bank of America | P.O. Box 15731, , Wilmington, DE 19886-5731 | 08/15/2013 | $2,951.92 | $0.00 |
| Bank of America | P.O. Box 15731, , Wilmington, DE 19886-5731 | 09/12/2013 | $52,808.13 | $0.00 |
| Bank of America | P.O. Box 15731, , Wilmington, DE 19886-5731 | 09/13/2013 | $1,286.86 | $0.00 |
| Bank of America | P.O. Box 15731, , Wilmington, DE 19886-5731 | 09/16/2013 | $2,524.90 | $0.00 |
| Bank of America | P.O. Box 15731 Wilmington DE 19886-5731 | 07/11/2013 | $1,072.76 | $0.00 |
| Bank of America | P.O. Box 15731 Wilmington DE 19886-5731 | 08/12/2013 | $2,605.92 | $0.00 |
| Barry Baer | C/O Ecotality Inc., 430 S. 2nd Ave, Phoenix, AZ 85003 | 06/21/2013 | $1,287.97 | $90.57 |
| Barry Baer | C/O Ecotality Inc., 430 S. 2nd Ave, Phoenix, AZ 85003 | 07/30/2013 | $80.70 | $90.57 |
| Barry Baer | C/O Ecotality Inc., 430 S. 2nd Ave, Phoenix, AZ 85003 | 09/13/2013 | $90.57 | $90.57 |
| Beth Woodward | 16017 N 19th Drive, , Phoenix, AZ 85023 | 08/14/2013 | $1,752.01 | $0.00 |
| Beverly Frye | C/O Ecotality Inc., 430 S. 2nd Ave, Phoenix, AZ 85003 | 07/01/2013 | $33.70 | $0.00 |
| Brad Martin | 5044 E Roy Rogers Rd., , Cave Creek, AZ 85331 | 08/14/2013 | $5,212.50 | $0.00 |
| Brian Koontz | 201 E Butler Drive, , Phoenix, AZ 85020 | 08/14/2013 | $5,426.77 | $0.00 |
| Bryan Cave LLP | P.O. Box 503089, , St. Louis, MO 63150-3089 | 06/21/2013 | $3,126.50 | $11,290.43 |
| Bryan Cave LLP | P.O. Box 503089, , St. Louis, MO 63150-3089 | 07/01/2013 | $7,458.70 | $11,290.43 |
| Bryan Cave LLP | P.O. Box 503089, , St. Louis, MO 63150-3089 | 07/11/2013 | $4,110.63 | $11,290.43 |
| Burns Barton, LLP | 11 West Jefferson Street, Suite 1000, , Phoenix, AZ 85003 | 07/01/2013 | $3,903.50 | $2,467.50 |
| Burns Barton, LLP | 11 West Jefferson Street, Suite 1000, , Phoenix, AZ 85003 | 07/11/2013 | $18,713.50 | $2,467.50 |
| Burns Barton, LLP | 11 West Jefferson Street, Suite 1000, , Phoenix, AZ 85003 | 08/12/2013 | $27,405.00 | $2,467.50 |
| Burns Barton, LLP | 11 West Jefferson Street, Suite 1000, , Phoenix, AZ 85003 | 09/13/2013 | $7,467.50 | $2,467.50 |

**In Re: ECOtality, Inc.**
**Case No. 13-16127**
Attachment 3b
Payments to creditors

| Name of creditor | Address | Payment date | Amount paid | Amount still owing |
|---|---|---|---|---|
| Bustamante Escandon Y Pareyon SC | P.O. Box 210640 Chula Vista CA 91921-0640 | 09/06/2013 | $140.00 | $0.00 |
| California Commercial Security | Po Box 23418 San Diego CA 92193 | 07/23/2013 | $184.54 | $0.00 |
| CALSTART | 48 S. Chester Avenue, , Pasadena, CA 91106 | 07/11/2013 | $1,500.00 | $0.00 |
| Canon Financial Service, Inc | 14904 Collections Center Drive Chicago IL 60693 | 07/23/2013 | $186.03 | $0.00 |
| Canon Financial Service, Inc | 14904 Collections Center Drive Chicago IL 60693 | 08/23/2013 | $186.03 | $0.00 |
| Cash (petty cash funding) | 430 S. 2nd Ave, , Phoenix, AZ 85003 | 09/16/2013 | $2,000.00 | $0.00 |
| CCH Incorporated | PO Box 4307, , Carol Stream, IL 60197-4307 | 07/25/2013 | $5,785.00 | $0.00 |
| Christopher Rizzo | 13445 Friar Street, , Van Nuys, CA 91401 | 09/05/2013 | $1,443.89 | $0.00 |
| Christopher S. DeVault | 1737 E Azalea Drive, , Gilbert, AZ 85298 | 07/30/2013 | $1,600.00 | $950.00 |
| Christopher Slawinski | 2213 N Ashbrook Circle, , Mesa, AZ 85213 | 08/14/2013 | $3,752.96 | $0.00 |
| Chubb & Son | PO Box 382001, , Pittsburgh, PA 15250-8001 | 08/28/2013 | $7,086.25 | $0.00 |
| City of Scottsdale - Utilities | P.O. Box 1300, , Scottsdale, AZ 85252-1300 | 07/18/2013 | $53.12 | $56.37 |
| City of Scottsdale - Utilities | P.O. Box 1300, , Scottsdale, AZ 85252-1300 | 08/12/2013 | $76.30 | $56.37 |
| Coit Staffing, Inc. | 500 Sansome Street, #510, , San Francisco, CA 94111 | 06/19/2013 | $46,250.00 | $0.00 |
| Coit Staffing, Inc. | 500 Sansome Street, #510, , San Francisco, CA 94111 | 07/11/2013 | $51,250.00 | $0.00 |
| Colin J Read | 2230 Mason St. #304, , San Francisco, CA 94133 | 08/05/2013 | $8,855.25 | $0.00 |
| Connor Group, Inc. | P.O. Box 561452, , Denver, CO 80256-1452 | 07/25/2013 | $519.75 | $7,796.26 |
| Corporate Stock Transfer | 3200 Cherry Creek Dr. So., Ste 430, Denver, CO 80209 | 07/18/2013 | $106.58 | $1,771.49 |
| Cox | PO Box 53249, , Phoenix, AZ 85072-3249 | 06/21/2013 | $559.00 | $0.00 |
| Cox | PO Box 53249, , Phoenix, AZ 85072-3249 | 07/18/2013 | $559.00 | $0.00 |
| Cox | PO Box 53249, , Phoenix, AZ 85072-3249 | 08/12/2013 | $559.00 | $0.00 |
| COX Business | PO Box53214 Phoenix AZ 85072-3214 | 07/23/2013 | $1,186.96 | $0.00 |
| COX Business | PO Box53214 Phoenix AZ 85072-3214 | 08/23/2013 | $632.40 | $0.00 |
| Daniel O'Shea | 15751 Greenwood Avenue N, , Shoreline, WA 98133 | 08/13/2013 | $2,133.29 | $0.00 |
| Danish Ishtiaq | 34230 Hogan Terrace, , Fremont, CA 94555 | 07/22/2013 | $6,573.97 | $0.00 |
| Danish Ishtiaq | 34230 Hogan Terrace, , Fremont, CA 94555 | 08/14/2013 | $559.41 | $0.00 |
| Darryl Mondrow | 4536 E Badger Way, , Phoenix, AZ 85044 | 08/14/2013 | $2,275.38 | $0.00 |
| Daryl Magana | 12915 N. 103rd. Place, , Scottsdale, AZ 85260 | 07/12/2013 | $11,750.00 | $9,791.67 |
| Dave Aasheim | 3433 Stanford Avenue, , Dallas, TX 75225 | 08/14/2013 | $4,395.60 | $0.00 |
| Dennis Hatcher | 4202 W. Monterey Way, , Phoenix, AZ 85019 | 08/14/2013 | $2,780.34 | $0.00 |
| Department of Labor and Industries | C/O Ecotality Inc., 430 S. 2nd Ave, Phoenix, AZ 85003 | 07/18/2013 | $663.47 | $200.51 |
| Detrick Howard | 40201 N Cassara Drive, , Santan Valley, AZ 85140 | 08/13/2013 | $7,071.63 | $0.00 |
| Digital - The Fruth Group | 4960 E Beverly Road Phoenix AZ 85044 | 07/23/2013 | $67.85 | $0.00 |
| Digital -The Fruth Group | 4960 E. Beverly Rd., , Phoenix, AZ 85044 | 06/21/2013 | $302.27 | $0.00 |
| Digital -The Fruth Group | 4960 E. Beverly Rd., , Phoenix, AZ 85044 | 07/01/2013 | $365.46 | $675.39 |
| Digital -The Fruth Group | 4960 E. Beverly Rd., , Phoenix, AZ 85044 | 07/11/2013 | $73.20 | $675.39 |
| Digital -The Fruth Group | 4960 E. Beverly Rd., , Phoenix, AZ 85044 | 07/18/2013 | $1,246.75 | $675.39 |
| Digital -The Fruth Group | 4960 E. Beverly Rd., , Phoenix, AZ 85044 | 08/23/2013 | $712.85 | $675.39 |
| Dimitri Hochard | 10922 E. Mercer Ln., , Scottsdale, AZ 85259 | 08/14/2013 | $7,782.01 | $0.00 |

| Name of creditor | Address | Payment date | Amount paid | Amount still owing |
|---|---|---|---|---|
| Discovery Benefits | PO Box 9528, , Fargo, ND 58106 | 07/11/2013 | $127.40 | $1,427.60 |
| Discovery Benefits | PO Box 9528, , Fargo, ND 58106 | 08/23/2013 | $127.40 | $1,427.60 |
| DLA Piper | P.O. Box 64029, , Baltimore, MD 21264-4029 | 07/01/2013 | $28,756.50 | $7,173.00 |
| DLA Piper | P.O. Box 64029, , Baltimore, MD 21264-4029 | 07/11/2013 | $3,225.50 | $7,173.00 |
| DMI-VERSAMOLD | 135 Aviation Way #12 Watsonville CA 95076 | 06/21/2013 | $704.00 | $0.00 |
| Douglas Dertz | 11813 W. Planada Ln., , Sun City, AZ 85373 | 08/14/2013 | $1,670.75 | $0.00 |
| EcoHost | , , GPO Box, 2370 | 07/05/2013 | $533.60 | $0.00 |
| Ed Andrysiak | C/O Ecotality Inc., 430 S. 2nd Ave, Phoenix, AZ 85003 | 07/01/2013 | $705.38 | $403.85 |
| Edward Blair | 7044 Tampa Ave., , Reseda, CA 91335 | 08/14/2013 | $5,551.62 | $0.00 |
| Edward S. Mead | 24 Ravine Rd., , Pawling, NY 12564 | 07/12/2013 | $10,125.00 | $8,437.50 |
| Eide Bailly LLP | 440 Indiana St, Suite 200, Golden, CO 80401-5021 | 07/11/2013 | $4,930.00 | $0.00 |
| Ellison, Schneider & Harris LLP | 2600 Capitol Ave., Suite 400, Sacramento, CA 95816 | 06/21/2013 | $1,572.50 | $1,168.19 |
| Everclear Window Cleaning & Services | 2610 J Ave. National City CA 91950 | 07/23/2013 | $890.00 | $0.00 |
| Farella Braun & Martel LLP | Russ Building, 235 Montgomery Street, San Francisco, CA 94104 | 07/01/2013 | $30,758.93 | $130,890.64 |
| Farella Braun & Martel LLP | Russ Building, 235 Montgomery Street, San Francisco, CA 94104 | 08/16/2013 | $125,000.00 | $0.00 |
| FedEx | P.O. Box 7221, , Pasadena, CA 91109-7321 | 07/01/2013 | $28.61 | $152.71 |
| FedEx | P.O. Box 7221, , Pasadena, CA 91109-7321 | 07/11/2013 | $159.47 | $152.71 |
| FedEx | P.O. Box 7221, , Pasadena, CA 91109-7321 | 07/18/2013 | $121.80 | $152.71 |
| FedEx | P.O. Box 7221, , Pasadena, CA 91109-7321 | 07/25/2013 | $69.71 | $0.00 |
| FedEx | P.O. Box 7221, , Pasadena, CA 91109-7321 | 08/23/2013 | $152.46 | $0.00 |
| Fedex | P.O. Box 7221 Pasadena CA 91109-7321 | 06/28/2013 | $46.78 | $3.20 |
| Fedex | P.O. Box 7221 Pasadena CA 91109-7321 | 07/02/2013 | $10.00 | $3.20 |
| Fedex | P.O. Box 7221 Pasadena CA 91109-7321 | 07/03/2013 | $340.31 | $3.20 |
| Fedex | P.O. Box 7221 Pasadena CA 91109-7321 | 07/09/2013 | $3.21 | $3.20 |
| Fedex | P.O. Box 7221 Pasadena CA 91109-7321 | 07/11/2013 | $351.78 | $3.20 |
| Fedex | P.O. Box 7221 Pasadena CA 91109-7321 | 07/17/2013 | $3.21 | $3.20 |
| Fedex | P.O. Box 7221 Pasadena CA 91109-7321 | 07/18/2013 | $3.21 | $3.20 |
| Fedex | P.O. Box 7221 Pasadena CA 91109-7321 | 07/24/2013 | $35.87 | $3.20 |
| Fedex | P.O. Box 7221 Pasadena CA 91109-7321 | 07/31/2013 | $52.98 | $3.20 |
| Fedex | P.O. Box 7221 Pasadena CA 91109-7321 | 08/06/2013 | $6.40 | $3.20 |
| Fedex | P.O. Box 7221 Pasadena CA 91109-7321 | 08/14/2013 | $12.89 | $3.20 |
| Fedex | P.O. Box 7221 Pasadena CA 91109-7321 | 08/23/2013 | $36.78 | $3.20 |
| Fedex | P.O. Box 7221 Pasadena CA 91109-7321 | 09/11/2013 | $9.66 | $3.20 |
| First Insurance Funding Corp | 450 Skokie Blvd, Suite 1000 PO Box 3306 Northbrook IL 60065-3306 | 06/21/2013 | $1,918.56 | $0.00 |
| FIRST Insurance Funding Corp. | P.O. Box 66468, , Chicago, IL 60666-0468 | 07/11/2013 | $30,184.16 | $0.00 |
| FIRST Insurance Funding Corp. | P.O. Box 66468, , Chicago, IL 60666-0468 | 07/30/2013 | $1,509.21 | $0.00 |
| Fred Brown | 430 S. 2nd Ave, Phoenix, AZ 80003 | 07/01/2013 | $310.11 | $335.35 |
| FTI Consulting | PO Box 418178, , Boston, MA 02241-8178 | 08/22/2013 | $175,000.00 | $0.00 |
| FTI Consulting | PO Box 418178, , Boston, MA 02241-8178 | 09/13/2013 | $249,000.00 | $0.00 |

| Name of creditor | Address | Payment date | Amount paid | Amount still owing |
|---|---|---|---|---|
| Gaetan Naudet | 1535 N. Horne, #57, , Mesa, AZ 85203 | 08/14/2013 | $2,206.98 | $0.00 |
| Garrett Beauregard | 3848 E. Grandview Rd, , Phoenix, AZ 85032 | 08/14/2013 | $5,545.81 | $0.00 |
| Geoffrey Van Ess | 7007 S. 24th Pl., , Phoenix, AZ 85042 | 08/14/2013 | $4,660.52 | $0.00 |
| Grant Thornton | PO Box 51552, , Los Angeles, CA 90051-5852 | 06/21/2013 | $13,070.00 | $0.00 |
| Greg Fioriti | 10050 E Cholla St., , Scottsdale, AZ 85260 | 08/14/2013 | $9,794.66 | $0.00 |
| Greg Snowden | 85 Willow Avenue, , Fairfax, CA 94930 | 08/14/2013 | $4,446.02 | $0.00 |
| Gregory Lesher | 3616 W. Bohl Street, , Laveen, AZ 85339 | 08/14/2013 | $3,009.41 | $0.00 |
| Gwendolyn Lexa | 4201 E. Camelback Rd. #37, , Phoenix, AZ 85018 | 08/12/2013 | $196.33 | $0.00 |
| Gwendolyn Lexa | 4201 E. Camelback Rd. #37, , Phoenix, AZ 85018 | 08/14/2013 | $1,337.43 | $0.00 |
| Gwendolyn Lexa | 4201 E. Camelback Rd. #37, , Phoenix, AZ 85018 | 08/15/2013 | $18.33 | $0.00 |
| Harbor Packaging Inc. | 13100 Danielson Street Poway CA 92064 | 07/11/2013 | $608.70 | $0.00 |
| Hartman Titus PLC | 7114 E. Stetson Drive, Suite 205, Scottsdale, AZ 85251-3250 | 07/01/2013 | $18,702.84 | $3,009.33 |
| Hartman Titus PLC | 7114 E. Stetson Drive, Suite 205, Scottsdale, AZ 85251-3250 | 07/18/2013 | $1,190.00 | $3,009.33 |
| Hayley Hume | 1251 Armistead Road, Apt C, , San Francisco, CA 94129 | 07/01/2013 | $285.43 | $60.00 |
| Hayley Hume | 1251 Armistead Road, Apt C, , San Francisco, CA 94129 | 07/11/2013 | $60.00 | $60.00 |
| Hayley Hume | 1251 Armistead Road, Apt C, , San Francisco, CA 94129 | 07/25/2013 | $485.00 | $60.00 |
| Hayley Hume | 1251 Armistead Road, Apt C, , San Francisco, CA 94129 | 08/12/2013 | $60.00 | $60.00 |
| Hayley Hume | 1251 Armistead Road, Apt C, , San Francisco, CA 94129 | 09/13/2013 | $60.00 | $60.00 |
| Henry Hampton | 430 S 2nd Ave, , Phoenix, AZ 85003 | 08/14/2013 | $2,785.47 | $0.00 |
| Hind Ravi Brar | C/O Ecotality Inc., 430 S. 2nd Ave, Phoenix, AZ 85003 | 07/18/2013 | $40,864.66 | $38,768.85 |
| Hind Ravi Brar | C/O Ecotality Inc., 430 S. 2nd Ave, Phoenix, AZ 85003 | 08/12/2013 | $3,994.49 | $38,768.85 |
| Industrial Strength Design | 202 West Valerio St, , Santa Barbara, CA 93101 | 07/01/2013 | $7,500.00 | $3,325.00 |
| iPromoteu | Dept 23232, , Pasadena, CA 91185-3232 | 07/01/2013 | $3,189.59 | $4,472.28 |
| Jacob Winkler | 1625 Pacer Court, , Spring Hill, TN 37174 | 09/05/2013 | $2,531.75 | $0.00 |
| James Premus Jr. | 45552 Ruth Ct, , Lancaster, CA 93535 | 08/14/2013 | $3,228.54 | $0.00 |
| James Westbrook | 2332 N Mesa Drive, , Mesa, AZ 85201 | 08/14/2013 | $2,937.42 | $0.00 |
| Jason Smith | 30 Barcelona Place, , Danville, CA 94526 | 07/11/2013 | $2,482.15 | $0.00 |
| Jeffery D. Howell | 60 W. 36th Avenue, , Eugene, OR 97405 | 08/09/2013 | $669.47 | $0.00 |
| JobsInDallas.com | 23811 Network Place, , Chicago, IL 60673-1238 | 07/01/2013 | $4,125.00 | $0.00 |
| Joel Danforth | 842 E. Beechnut Dr., , Chandler, AZ 85249 | 08/14/2013 | $3,049.19 | $0.00 |
| Jonathan Read | 6711 E. Camelback #32, , Scottsdale, AZ 85251 | 07/01/2013 | $525.96 | $33,657.72 |
| Joshua Katz | C/O Ecotality Inc., 430 S. 2nd Ave, Phoenix, AZ 85003 | 07/30/2013 | $500.00 | $454.05 |
| Joshua Katz | C/O Ecotality Inc., 430 S. 2nd Ave, Phoenix, AZ 85003 | 08/12/2013 | $327.22 | $454.05 |
| Joshua Katz | C/O Ecotality Inc., 430 S. 2nd Ave, Phoenix, AZ 85003 | 08/23/2013 | $241.98 | $454.05 |
| Joshua Katz | C/O Ecotality Inc., 430 S. 2nd Ave, Phoenix, AZ 85003 | 09/13/2013 | $454.05 | $454.05 |
| Juan Fermin | 10802 W. Vista Ave, , Glendale, AZ 85307 | 09/05/2013 | $2,017.99 | $0.00 |
| Juan Fermin | 10802 W. Vista Ave, , Glendale, AZ 85307 | 09/09/2013 | $117.57 | $0.00 |
| Justin Brown | 2002 5th Avenue, , San Rafael, CA 94901 | 07/30/2013 | $9,279.44 | $0.00 |
| Keith Kilcoin | 18463 SW Crooked River Lane, , Sherwood, OR 97140 | 08/14/2013 | $5,067.67 | $0.00 |

| Name of creditor | Address | Payment date | Amount paid | Amount still owing |
|---|---|---|---|---|
| Keker & Van Nest LLP | 633 Battery Street, , San Francisco, CA 94111-1809 | 06/21/2013 | $1,425.00 | $0.00 |
| Kevin Cameron | 3647 Washington Street, , San Francisco, CA 94118 | 07/12/2013 | $14,750.00 | $12,291.66 |
| Kurtzman Carson Consultants LLC | 2335 Alaska Avenue, , El Segundo, CA 90245-4808 | 09/13/2013 | $26,000.00 | $0.00 |
| Kyle Karren | 14684 N. 138th Ave, , Surprise, AZ 85379 | 08/14/2013 | $7,879.23 | $0.00 |
| Lani Gonzalez | C/O Ecotality Inc., 430 S. 2nd Ave, Phoenix, AZ 85003 | 06/21/2013 | $694.29 | $288.46 |
| Lani Gonzalez | C/O Ecotality Inc., 430 S. 2nd Ave, Phoenix, AZ 85003 | 07/01/2013 | $1,838.24 | $288.46 |
| Lani Gonzalez | C/O Ecotality Inc., 430 S. 2nd Ave, Phoenix, AZ 85003 | 07/11/2013 | $56.23 | $288.46 |
| Lani Gonzalez | C/O Ecotality Inc., 430 S. 2nd Ave, Phoenix, AZ 85003 | 08/23/2013 | $174.68 | $288.46 |
| Liolios Group | 20371 Irvine Avenue, Suite A100, , Newport Beach, CA 92660 | 06/21/2013 | $8,582.75 | $0.00 |
| LIT Industrial Limited Partner | P.O. Box 6181 Hicksville NY 11802-6181 | 07/23/2013 | $2,340.00 | $2,924.37 |
| LIT Industrial Limited Partner | P.O. Box 6181 Hicksville NY 11802-6181 | 08/15/2013 | $775.98 | $2,924.37 |
| LIT Industrial Limited Partner | P.O. Box 6181 Hicksville NY 11802-6181 | 08/23/2013 | $1,520.73 | $2,924.37 |
| Lockton | Dept 999226, 999226, Denver, CO 80217-3850 | 07/30/2013 | $9,500.00 | $0.00 |
| Louis Zangrilli | 1 Orchard Circle, , Suffern, NY 10901 | 08/14/2013 | $5,111.07 | $0.00 |
| Louis Zangrilli | 1 Orchard Circle, , Suffern, NY 10901 | 08/15/2013 | $3,888.91 | $0.00 |
| Lucas Hubbard | 6510 W. Preston Lane, , Phoenix, AZ 85043-8531 | 08/13/2013 | $6,978.40 | $0.00 |
| M2M One | 1 Barrett Street, , Kensington, 3031 | 07/05/2013 | $975.60 | $1,056.00 |
| Marc Sobelman | 7845 E Cochise Drive, , Scottsdale, AZ 85258 | 08/14/2013 | $8,870.00 | $0.00 |
| Mark Peck | 17150 N. 23rd Street, #249, , Phoenix, AZ 85022 | 09/05/2013 | $2,172.71 | $0.00 |
| MC2 | 5255 Longley Ln, , Suite 101, Reno, NV 89511 | 07/01/2013 | $7,273.75 | $0.00 |
| McGladrey, LLP | 5155 Paysphere Circle, , Chicago, IL 60674 | 06/21/2013 | $42,793.00 | $135,121.88 |
| McGladrey, LLP | 5155 Paysphere Circle, , Chicago, IL 60674 | 07/11/2013 | $131,903.19 | $135,121.88 |
| Merrill Communications | CM-9638, , St. Paul, MN 55170-9638 | 07/01/2013 | $2,180.90 | $6,136.60 |
| Merrill Communications | CM-9638, , St. Paul, MN 55170-9638 | 07/25/2013 | $2,180.90 | $6,136.60 |
| Michelle Fowler | 1515 S. Extension Rd, Apt 2145, , Mesa, AZ 85210 | 08/14/2013 | $1,849.95 | $0.00 |
| Morales Lawn Care | 1619 E. Claremont St., , Phoenix, AZ 85016 | 07/01/2013 | $244.00 | $186.00 |
| Morales Lawn Care | 1619 E. Claremont St., , Phoenix, AZ 85016 | 07/25/2013 | $124.00 | $186.00 |
| MR Copy (CCV Payments) | Accounting office, 5657 Copley Drive, San Diego, CA 92111 | 07/11/2013 | $176.47 | $0.00 |
| MR Copy (CCV Payments) | Accounting office, 5657 Copley Drive, San Diego, CA 92111 | 08/23/2013 | $201.18 | $0.00 |
| MT Data | 20 Miles Street, Mulgrave, , Victoria, 3170 | 07/05/2013 | $422.82 | $231.00 |
| MT Data | 20 Miles Street, Mulgrave, , Victoria, 3170 | 09/04/2013 | $211.22 | $231.00 |
| MultiView Inc | PO Box 202696, , Dallas, TX 75320-2696 | 06/21/2013 | $745.00 | $0.00 |
| Murray Jones | C/O Ecotality Inc., 430 S. 2nd Ave, Phoenix, AZ 85003 | 06/21/2013 | $28.80 | $29,622.02 |
| Murray Jones | C/O Ecotality Inc., 430 S. 2nd Ave, Phoenix, AZ 85003 | 07/11/2013 | $57.00 | $29,622.02 |
| My Alarm Center | 3803 West Chester Pike Suite 100, , Newtown Square, PA 19073 | 07/01/2013 | $35.57 | $6.71 |
| Nakul Sathaye | 35 Carr Drive, , Moraga, CA 94556 | 08/14/2013 | $5,745.65 | $0.00 |
| Neil Madrid | 4021 E. Carriage Way, , Gilbert, AZ 85297 | 08/14/2013 | $1,921.49 | $0.00 |
| Newark/element14 | PO Box 94151 Palatine IL 60094-4151 | 07/11/2013 | $151.91 | $0.00 |
| Nicholas Beam | 2805 NE 117th Ave, , Portland, OR 97220 | 08/14/2013 | $3,204.83 | $0.00 |

| Name of creditor | Address | Payment date | Amount paid | Amount still owing |
|---|---|---|---|---|
| NoBox Productions, LLC | P.O. Box 11012, , Scottsdale, AZ 85271-1012 | 07/01/2013 | $650.00 | $6,650.00 |
| NoBox Productions, LLC | P.O. Box 11012, , Scottsdale, AZ 85271-1012 | 07/11/2013 | $800.00 | $6,650.00 |
| NoBox Productions, LLC | P.O. Box 11012, , Scottsdale, AZ 85271-1012 | 07/25/2013 | $400.00 | $6,650.00 |
| NRAI | PO Box 4349, , Carol Stream, IL 60197-4349 | 07/01/2013 | $120.00 | $330.75 |
| NRAI | PO Box 4349, , Carol Stream, IL 60197-4349 | 07/25/2013 | $299.25 | $330.75 |
| NYS Corporation Tax Processing Unit | Processing Unit, P.O. Box 1909, Albany, NY 12201-1909 | 06/26/2013 | $4,313.00 | $1,123.67 |
| NYS Corporation Tax Processing Unit | Processing Unit, P.O. Box 1909, Albany, NY 12201-1909 | 07/01/2013 | $4,313.00 | $1,123.67 |
| Optum Health Financial | Health Savings Account Contributions, , , | 07/01/2013 | $1,260.85 | $0.00 |
| Optum Health Financial | engage@optumhealth.com | 07/02/2013 | $555.54 | $0.00 |
| Optum Health Financial | engage@optumhealth.com | 07/12/2013 | $1,260.85 | $0.00 |
| Optum Health Financial | engage@optumhealth.com | 07/26/2013 | $1,260.85 | $0.00 |
| Optum Health Financial | engage@optumhealth.com | 08/01/2013 | $277.77 | $0.00 |
| Optum Health Financial | engage@optumhealth.com | 08/09/2013 | $1,210.85 | $0.00 |
| Optum Health Financial | engage@optumhealth.com | 08/12/2013 | $50.00 | $0.00 |
| Optum Health Financial | engage@optumhealth.com | 08/23/2013 | $1,210.85 | $0.00 |
| Optum Health Financial | engage@optumhealth.com | 08/30/2013 | $277.77 | $0.00 |
| Optum Health Financial | engage@optumhealth.com | 09/06/2013 | $591.92 | $0.00 |
| Optum Health Financial | engage@optumhealth.com | 09/16/2013 | $515.00 | $0.00 |
| Oregon Dept. of Revenue | PO Box 14780, , Salem, OR 97309-0469 | 09/12/2013 | $4,000.00 | $7,601.00 |
| Oregon Dept. of Revenue - | P.O. Box 14790, , Salem, OR 97309-0470 | 09/12/2013 | $3,601.00 | $7,601.00 |
| Over The Wire | GPO Box 1807, , Brisbane QLD, 4001 | 07/12/2013 | $291.50 | $291.50 |
| Over The Wire | GPO Box 1807, , Brisbane QLD, 4001 | 09/04/2013 | $266.54 | $291.50 |
| Parker Schwartz, PLLC | 7310 North 16th Street, Ste. 330, , Phoenix, AZ 85020 | 09/13/2013 | $42,278.00 | $0.00 |
| Patrice Lethellier | 430 S. 2nd Ave, , Phoenix, AZ 85003 | 08/14/2013 | $4,309.31 | $0.00 |
| Patricia Hovorka | 1819 E. Medlock Dr., , Phoenix, AZ 85016 | 08/14/2013 | $1,863.33 | $0.00 |
| Patrick Harper | 4311 E. Tanglewood Drive, , Phoenix, AZ 85048 | 08/14/2013 | $2,124.68 | $0.00 |
| Paul A Gordon | C/O Ecotality Inc., 430 S. 2nd Ave, Phoenix, AZ 85003 | 07/11/2013 | $372.00 | $360.00 |
| Paul A Gordon | C/O Ecotality Inc., 430 S. 2nd Ave, Phoenix, AZ 85003 | 09/13/2013 | $360.00 | $360.00 |
| Philadelphia Insurance Companies | P.O. Box 70251, , Philadelphia, PA 19176-0251 | 07/18/2013 | $1,746.25 | $0.00 |
| Pioneer Title Agency | P.O. Box 1900, , Sierra Vista, AZ 85636-1900 | 07/11/2013 | $1,093.75 | $1,093.75 |
| Pioneer Title Agency | P.O. Box 1900, , Sierra Vista, AZ 85636-1900 | 08/23/2013 | $1,093.75 | $1,093.75 |
| Quincy Holloway | 2315 Irwin Street, , Fort Worth, TX 76110 | 08/14/2013 | $3,727.66 | $0.00 |
| Rashad Maady | 7007 E Gold Dust Ave, #2080, , Paradise Valley, AZ 85253 | 09/05/2013 | $286.87 | $0.00 |
| RDG Filings | PO Box 883213, , San Francisco, CA 94188-3213 | 07/25/2013 | $3,219.00 | $0.00 |
| Robert La Bass | 1068 Whitcomb Avenue, , Simi Valley, CA 93065 | 06/28/2013 | $2,422.59 | $0.00 |
| Robert Rizzo | 32373 N Royce Rd, , Queen Creek, AZ 85142 | 08/14/2013 | $8,602.78 | $0.00 |
| Robert Shaw | 14 Carthage Ln, , Scarsdale, NY 10583 | 07/18/2013 | $10,600.00 | $13,258.58 |
| Robert Shaw | 14 Carthage Ln, , Scarsdale, NY 10583 | 07/30/2013 | $4,700.00 | $13,258.58 |
| Robin Bertelsen | 1 Montgomery Street, Suite 2525, , San Francisco, CA 94104 | 09/13/2013 | $491.80 | $491.80 |

| Name of creditor | Address | Payment date | Amount paid | Amount still owing |
|---|---|---|---|---|
| Ruben Alarcon | C/O Ecotality Inc., 430 S. 2nd Ave, Phoenix, AZ 85003 | 06/21/2013 | $250.00 | $171.36 |
| S E C | PO Box 979081, St. Louis, MO 63197-9000 | 07/22/2013 | $10,000.00 | $0.00 |
| San Diego Gas & Electric | PO Box 25111 Santa Ana CA 92799-5111 | 07/01/2013 | $898.96 | $0.00 |
| San Diego Gas & Electric | PO Box 25111 Santa Ana CA 92799-5111 | 07/23/2013 | $460.16 | $0.00 |
| San Diego Gas & Electric | PO Box 25111 Santa Ana CA 92799-5111 | 08/05/2013 | $287.02 | $0.00 |
| San Diego Gas & Electric | PO Box 25111 Santa Ana CA 92799-5111 | 08/23/2013 | $286.58 | $0.00 |
| San Francisco Tax Collector | Office of the Treasurer & Tax Collector, PO Box 7425, San Francisco, CA 94120-7425 | 07/25/2013 | $5,482.60 | $0.00 |
| Sanyo Customs Brokerage, Inc. | 9850 Siempre Viva Road Suite 3 San Diego CA 92154 | 07/01/2013 | $150.00 | $0.00 |
| Sanyo Customs Brokerage, Inc. | 9850 Siempre Viva Road Suite 3 San Diego CA 92154 | 07/23/2013 | $534.00 | $0.00 |
| Scott Watkins | 10 Cyril Magnin, 409, , San Francisco, CA 94109 | 08/14/2013 | $4,687.02 | $0.00 |
| ScreenSpaces, Inc. | 2711 Forrest Drive, , Los Angeles, CA 90064 | 07/01/2013 | $792.94 | $0.00 |
| Sergio Ramirez | C/O Ecotality Inc., 430 S. 2nd Ave, Phoenix, AZ 85003 | 06/21/2013 | $250.00 | $187.85 |
| Service Rite Electric Inc. | 591 Telegraph Canyon Rd Num 456 Chula Vista CA 91910 | 07/01/2013 | $1,240.00 | $0.00 |
| Shandy Hanke | 2690 SW Bielmeier Road, , Port Orchard, WA 98367 | 09/05/2013 | $2,210.74 | $0.00 |
| Shawn Dowler | 118 N Heritage Drive, , Gilbert, AZ 85234 | 08/14/2013 | $3,021.25 | $0.00 |
| SRP | P.O. Box 80062, , Prescott, AZ 86304-8062 | 07/01/2013 | $351.95 | $219.12 |
| SRP | P.O. Box 80062, , Prescott, AZ 86304-8062 | 07/25/2013 | $488.76 | $219.12 |
| SRP | P.O. Box 80062, , Prescott, AZ 86304-8062 | 08/23/2013 | $488.07 | $219.12 |
| SS Electronics | 1347 Rocky Point Dr Oceanside CA 92056 | 07/01/2013 | $1,105.62 | $0.00 |
| Staples | Dept 11 - 0005035928 PO Box 183174 Columbus OH 43218-3174 | 07/01/2013 | $154.93 | $0.00 |
| Staples Business Advantage | Dept. LA, P.O. Box 83689, Chicago, IL 60696-3689 | 06/21/2013 | $36.93 | $25.57 |
| Staples Business Advantage | Dept. LA, P.O. Box 83689, Chicago, IL 60696-3689 | 07/01/2013 | $145.14 | $25.67 |
| Staples Business Advantage | Dept. LA, P.O. Box 83689, Chicago, IL 60696-3689 | 08/23/2013 | $272.99 | $25.67 |
| State Insurance Fund-Disability Benefits | P.O. Box 5261, , Binghamton, NY 13902-5261 | 08/23/2013 | $60.00 | $0.00 |
| State of New Jersey- | Dept. of Labor and Workforce Dev., Div. of Employer Accts., Trenton, NJ 08625-0929 | 08/28/2013 | $101.13 | $0.00 |
| Stephanie Cox | 7430 Huntwick Trail, , Nashville, TN 37221 | 08/14/2013 | $6,387.44 | $0.00 |
| Summer Hogan | 5650 S. Kyrene Road #1214, , Tempe, AZ 85283 | 07/23/2013 | $3,139.71 | $0.00 |
| Susie Herrmann | C/O Ecotality Inc., 430 S. 2nd Ave, Phoenix, AZ 85003 | 07/01/2013 | $50.00 | $21,936.08 |
| Swanson & McNamara LLP | 300 Montgomery St., Suite 1100, San Francisco, CA 94104 | 06/21/2013 | $1,295.00 | $0.00 |
| Swanson & McNamara LLP | 300 Montgomery St., Suite 1100, San Francisco, CA 94104 | 07/01/2013 | $4,082.50 | $0.00 |
| TELDATA Enterprise Networks | 11487 Woodside Ave Santee CA 92071 | 07/23/2013 | $340.00 | $0.00 |
| Tennessee Department of Revenue | Andrew Jackson State Office Bldg., 500 Deaderick St., Nashville, TN 37242 | 09/12/2013 | $2,000.00 | $2,027.00 |
| Tennessee Department of Revenue | Andrew Jackson State Office Bldg., 500 Deaderick St., Nashville, TN 37242 | 09/12/2013 | $27.00 | $2,027.00 |
| TESLIVE | c/o Enterprise Events Group, Inc., 950 Northgate Drive, Suite 100, San Rafael, CA 94903 | 06/25/2013 | $10,000.00 | $0.00 |
| The Beckerman Group-Antenna | One University Plaza, Suite 507, Hackensack, NJ 07601 | 06/21/2013 | $15,000.00 | $45,000.00 |
| The Beckerman Group-Antenna | One University Plaza, Suite 507, Hackensack, NJ 07601 | 07/01/2013 | $15,000.00 | $45,000.00 |
| The Beckerman Group-Antenna | One University Plaza, Suite 507, Hackensack, NJ 07601 | 07/25/2013 | $15,000.00 | $45,000.00 |
| Thomas Convey | 12113 S. 43rd Ave, , Laveen, AZ 85339 | 08/14/2013 | $2,168.73 | $0.00 |
| Thomas Rogers | 332 Topeka Drive, , Phoenix, AZ 85027 | 08/14/2013 | $2,466.82 | $0.00 |

| Name of creditor | Address | Payment date | Amount paid | Amount still owing |
|---|---|---|---|---|
| Timothy Finley | 2970 E Cloud Rd, , Cave Creek, AZ 85331 | 08/14/2013 | $4,055.61 | $0.00 |
| Timothy Leasure | 9215 N 51st Lane, , Glendale, AZ 85302 | 08/14/2013 | $3,543.48 | $0.00 |
| Tornado Design, LLC | 6701 E. Sharon Dr., , Scottsdale, AZ 85254 | 06/21/2013 | $13,405.70 | $39,383.00 |
| Tornado Design, LLC | 6701 E. Sharon Dr., , Scottsdale, AZ 85254 | 07/01/2013 | $19,539.75 | $39,383.17 |
| Tornado Design, LLC | 6701 E. Sharon Dr., , Scottsdale, AZ 85254 | 07/11/2013 | $10,087.45 | $39,383.17 |
| Tornado Design, LLC | 6701 E. Sharon Dr., , Scottsdale, AZ 85254 | 07/18/2013 | $9,176.75 | $39,383.17 |
| Tornado Design, LLC | 6701 E. Sharon Dr., , Scottsdale, AZ 85254 | 07/25/2013 | $8,786.67 | $39,383.17 |
| TPG The Piacent Group, Inc. | 475 Park Avenue South, 5th Floor, , New York, NY 10016 | 07/01/2013 | $10,500.00 | $21,882.61 |
| TPG The Piacent Group, Inc. | 475 Park Avenue South, 5th Floor, , New York, NY 10016 | 08/14/2013 | $10,000.00 | $21,882.61 |
| Travelers | Travelers CL Remittance Center, PO BOX 660317, Dallas, TX 75266-0317 | 07/11/2013 | $30,705.92 | $0.00 |
| Travelers | Travelers CL Remittance Center, PO BOX 660317, Dallas, TX 75266-0317 | 08/12/2013 | $30,761.12 | $0.00 |
| Travelers | Travelers CL Remittance Center, PO BOX 660317, Dallas, TX 75266-0317 | 09/12/2013 | $30,052.86 | $0.00 |
| tw telecom | PO Box 172567, , Denver, CO 80217-2567 | 07/01/2013 | $304.59 | $2,430.07 |
| tw telecom | PO Box 172567, , Denver, CO 80217-2567 | 07/11/2013 | $912.74 | $2,430.07 |
| tw telecom | PO Box 172567, , Denver, CO 80217-2567 | 08/12/2013 | $1,212.30 | $2,430.07 |
| ULINE | Attn Accounts Receivable 2200 S. Lakeside Drive Waukegan IL 60085 | 07/23/2013 | $73.44 | $0.00 |
| Underwriters Laboratories Inc. | PO Box 75330 Chicago IL 60675 | 07/23/2013 | $505.00 | $0.00 |
| UnitedHealthcare | 22561 Network Place, , Chicago, IL 60673-1225 | 07/01/2013 | $114,072.51 | $0.00 |
| UnitedHealthcare | 22561 Network Place, , Chicago, IL 60673-1225 | 07/30/2013 | $102,357.93 | $0.00 |
| UnitedHealthcare | 22561 Network Place, , Chicago, IL 60673-1225 | 08/29/2013 | $72,150.40 | $0.00 |
| UnitedHealthcare Specialty Benefits | PO Box 2485, , Carol Stream, IL 60132-2485 | 07/01/2013 | $5,930.03 | $0.00 |
| UnitedHealthcare Specialty Benefits | PO Box 2485, , Carol Stream, IL 60132-2485 | 07/30/2013 | $5,573.12 | $0.00 |
| UnitedHealthcare Specialty Benefits | PO Box 2485, , Carol Stream, IL 60132-2485 | 08/28/2013 | $4,261.92 | $0.00 |
| UPS | PO Box 894820, , Los Angeles, CA 901894820 | 06/21/2013 | $220.22 | $0.00 |
| UPS Supply Chain Solutions, Inc. | 28013 Network Place Chicago IL 60673-1280 | 06/21/2013 | $1,035.59 | $208.41 |
| UPS Supply Chain Solutions, Inc. | 28013 Network Place Chicago IL 60673-1280 | 06/24/2013 | $628.91 | $208.41 |
| UPS Supply Chain Solutions, Inc. | 28013 Network Place Chicago IL 60673-1280 | 06/28/2013 | $527.77 | $208.41 |
| UPS Supply Chain Solutions, Inc. | 28013 Network Place Chicago IL 60673-1280 | 07/05/2013 | $1,129.34 | $208.41 |
| UPS Supply Chain Solutions, Inc. | 28013 Network Place Chicago IL 60673-1280 | 07/11/2013 | $723.76 | $208.41 |
| UPS Supply Chain Solutions, Inc. | 28013 Network Place Chicago IL 60673-1280 | 07/15/2013 | $87.94 | $208.41 |
| UPS Supply Chain Solutions, Inc. | 28013 Network Place Chicago IL 60673-1280 | 07/22/2013 | $718.37 | $208.41 |
| UPS Supply Chain Solutions, Inc. | 28013 Network Place Chicago IL 60673-1280 | 07/29/2013 | $630.77 | $208.41 |
| UPS Supply Chain Solutions, Inc. | 28013 Network Place Chicago IL 60673-1280 | 08/02/2013 | $649.51 | $208.41 |
| UPS Supply Chain Solutions, Inc. | 28013 Network Place Chicago IL 60673-1280 | 08/12/2013 | $1,020.46 | $208.41 |
| UPS Supply Chain Solutions, Inc. | 28013 Network Place Chicago IL 60673-1280 | 08/19/2013 | $306.07 | $208.41 |
| UPS Supply Chain Solutions, Inc. | 28013 Network Place Chicago IL 60673-1280 | 08/23/2013 | $1,298.69 | $208.41 |
| UPS Supply Chain Solutions, Inc. | 28013 Network Place Chicago IL 60673-1280 | 08/26/2013 | $175.13 | $208.41 |
| UPS Supply Chain Solutions, Inc. | 28013 Network Place Chicago IL 60673-1280 | 08/30/2013 | $166.88 | $208.41 |
| UPS Supply Chain Solutions, Inc. | 28013 Network Place Chicago IL 60673-1280 | 09/06/2013 | $533.70 | $208.41 |

| Name of creditor | Address | Payment date | Amount paid | Amount still owing |
|---|---|---|---|---|
| UPS Supply Chain Solutions, Inc. | 28013 Network Place Chicago IL 60673-1280 | 09/13/2013 | $307.75 | $208.41 |
| US Department of Homeland Security | California Service Center, ATTN: H-1B CAP, Laguna Niguel, CA 92677 | 07/16/2013 | $500.00 | $0.00 |
| US Department of Homeland Security | California Service Center, ATTN: H-1B CAP, Laguna Niguel, CA 92677 | 07/16/2013 | $325.00 | $0.00 |
| US Department of Homeland Security | California Service Center, ATTN: H-1B CAP, Laguna Niguel, CA 92677 | 07/16/2013 | $1,500.00 | $0.00 |
| US Dept of Labor Wage Hour Division | Lonnie S. Holmes Federal Investigator, 90th 7th Street, San Francisco, CA 94103 | 08/12/2013 | $114,058.91 | $0.00 |
| ViaVid Broadcasting Corp. | P.O. Box 92055, West Vancouver Postal Outlet, West Vancouver, BC V7V 4X4 | 07/01/2013 | $1,667.83 | $0.00 |
| ViaVid Broadcasting Corp. | P.O. Box 92055, West Vancouver Postal Outlet, West Vancouver, BC V7V 4X4 | 07/18/2013 | $375.00 | $0.00 |
| Victor Atlasman | C/O Ecotality Inc., 430 S. 2nd Ave, Phoenix, AZ 85003 | 09/05/2013 | $3,040.92 | $290.62 |
| Vintage Filings | 350 Hudson Street, Suite 300, New York, NY 10014 | 06/21/2013 | $1,469.00 | $0.00 |
| Wells Fargo Bank, N.A. | PO Box 887995, , Los Angeles, CA 90088-7995 | 07/01/2013 | $9,391.67 | $0.00 |
| Wells Fargo Bank, N.A. | PO Box 887995, , Los Angeles, CA 90088-7995 | 07/25/2013 | $9,402.53 | $0.00 |
| Wells Fargo Bank, N.A. | PO Box 887995, , Los Angeles, CA 90088-7995 | 08/23/2013 | $9,391.67 | $0.00 |
| Wendell Scarisbrick | 318 Arguello Blvd, #2, San Francisco, CA 94118 | 08/14/2013 | $788.79 | $0.00 |
| Wendy Larchick, PL | 2904 E. Hanging Rock, , Payson, AZ 85541 | 07/18/2013 | $16,000.00 | $0.00 |
| Wendy Larchick, PL | 2904 E. Hanging Rock, , Payson, AZ 85541 | 08/12/2013 | $20,000.00 | $0.00 |
| Wendy Larchick, PL | 2904 E. Hanging Rock, , Payson, AZ 85541 | 08/14/2013 | $10,000.00 | $0.00 |
| Wiggin and Dana | P.O. Box 1832, , New Haven, CT 06508-1832 | 06/21/2013 | $2,541.84 | $4,997.54 |
| Wiggin and Dana | P.O. Box 1832, , New Haven, CT 06508-1832 | 07/01/2013 | $252.71 | $4,997.54 |
| William Blindell | 3 Rambling Lane, , Aliso Viejo, CA 92656 | 08/14/2013 | $7,116.03 | $0.00 |
| William Domino | 4450 E. Southern Ave, Apt 233, , Mesa, AZ 85206 | 08/14/2013 | $3,297.57 | $0.00 |
| William Giles | 19646 E. Arrowhead Trail, , Queen Creek, AZ 85142 | 08/14/2013 | $2,782.25 | $0.00 |
| Xerox | PO Box 202882, , Dallas, TX 75320-2882 | 07/01/2013 | $95.69 | $0.00 |
| Xerox | PO Box 202882, , Dallas, TX 75320-2882 | 07/25/2013 | $70.69 | $0.00 |
| ZWPA Strategies, LLC | 525 9th Street NW, Suite 500, , Washington, DC 20004 | 07/01/2013 | $10,000.00 | $30,091.60 |
| ZWPA Strategies, LLC | 525 9th Street NW, Suite 500, , Washington, DC 20004 | 07/11/2013 | $10,102.30 | $30,091.60 |

**In Re: ECOtality, Inc.**
**Case No. 13-16127**
Attachment 3c
Payments to creditors who were insiders

| Name of creditor who were insider | Address 1 | Payment date | Amount paid | Amount still owing |
|---|---|---|---|---|
| Andrew Tang | c/o ECOtality, Inc. | 10/29/2012 | $331.80 | $0.00 |
| Andrew Tang | c/o ECOtality, Inc. | 12/21/2012 | $361.51 | $0.00 |
| Andrew Tang | c/o ECOtality, Inc. | 03/08/2013 | $1,893.70 | $0.00 |
| Andrew Tang | c/o ECOtality, Inc. | 04/11/2013 | $198.07 | $0.00 |
| Barry Baer | c/o ECOtality, Inc. | 10/01/2012 | $5,855.65 | $90.57 |
| Barry Baer | c/o ECOtality, Inc. | 10/05/2012 | $804.70 | $90.57 |
| Barry Baer | c/o ECOtality, Inc. | 11/01/2012 | $6,313.58 | $90.57 |
| Barry Baer | c/o ECOtality, Inc. | 11/09/2012 | $812.33 | $90.57 |
| Barry Baer | c/o ECOtality, Inc. | 11/15/2012 | $1,430.17 | $90.57 |
| Barry Baer | c/o ECOtality, Inc. | 11/30/2012 | $6,313.58 | $90.57 |
| Barry Baer | c/o ECOtality, Inc. | 12/07/2012 | $1,369.83 | $90.57 |
| Barry Baer | c/o ECOtality, Inc. | 12/31/2012 | $4,098.75 | $90.57 |
| Barry Baer | c/o ECOtality, Inc. | 01/10/2013 | $320.83 | $90.57 |
| Barry Baer | c/o ECOtality, Inc. | 01/10/2013 | $1,186.47 | $90.57 |
| Barry Baer | c/o ECOtality, Inc. | 02/01/2013 | $4,004.36 | $90.57 |
| Barry Baer | c/o ECOtality, Inc. | 02/12/2013 | $514.07 | $90.57 |
| Barry Baer | c/o ECOtality, Inc. | 03/01/2013 | $4,004.36 | $90.57 |
| Barry Baer | c/o ECOtality, Inc. | 03/13/2013 | $55.77 | $90.57 |
| Barry Baer | c/o ECOtality, Inc. | 04/01/2013 | $4,004.36 | $90.57 |
| Barry Baer | c/o ECOtality, Inc. | 04/11/2013 | $31.68 | $90.57 |
| Barry Baer | c/o ECOtality, Inc. | 05/01/2013 | $4,004.36 | $90.57 |
| Barry Baer | c/o ECOtality, Inc. | 05/10/2013 | $21.00 | $90.57 |
| Barry Baer | c/o ECOtality, Inc. | 05/31/2013 | $4,004.36 | $90.57 |
| Barry Baer | c/o ECOtality, Inc. | 06/21/2013 | $1,287.97 | $90.57 |
| Barry Baer | c/o ECOtality, Inc. | 07/01/2013 | $4,004.36 | $90.57 |
| Barry Baer | c/o ECOtality, Inc. | 07/11/2013 | $878.89 | $90.57 |
| Barry Baer | c/o ECOtality, Inc. | 07/30/2013 | $80.70 | $90.57 |
| Barry Baer | c/o ECOtality, Inc. | 08/12/2013 | $128.25 | $90.57 |
| Barry Baer | c/o ECOtality, Inc. | 08/30/2013 | $4,004.36 | $90.57 |
| Barry Baer | c/o ECOtality, Inc. | 09/11/2013 | $4,004.36 | $90.57 |
| Barry Baer | c/o ECOtality, Inc. | 09/13/2013 | $90.57 | $90.57 |
| Daryl Magana | c/o ECOtality, Inc. | 10/04/2012 | $10,500.00 | $9,791.67 |
| Daryl Magana | c/o ECOtality, Inc. | 12/07/2012 | $10,500.00 | $9,791.67 |
| Daryl Magana | c/o ECOtality, Inc. | 05/01/2013 | $11,750.00 | $9,791.67 |
| Daryl Magana | c/o ECOtality, Inc. | 07/12/2013 | $11,750.00 | $9,791.67 |
| David Kuzma | c/o ECOtality, Inc. | 10/04/2012 | $14,750.00 | $0.00 |
| David Kuzma | c/o ECOtality, Inc. | 12/07/2012 | $14,750.00 | $0.00 |
| Edward S. Mead | c/o ECOtality, Inc. | 10/04/2012 | $10,125.00 | $8,437.50 |
| Edward S. Mead | c/o ECOtality, Inc. | 12/07/2012 | $11,171.55 | $8,437.50 |
| Edward S. Mead | c/o ECOtality, Inc. | 04/11/2013 | $658.36 | $8,437.50 |
| Edward S. Mead | c/o ECOtality, Inc. | 04/19/2013 | $10,125.00 | $8,437.50 |
| Edward S. Mead | c/o ECOtality, Inc. | 07/12/2013 | $10,125.00 | $8,437.50 |
| Hind Ravi Brar | c/o ECOtality, Inc. | 10/01/2012 | $12,484.61 | $38,768.85 |
| Hind Ravi Brar | c/o ECOtality, Inc. | 10/05/2012 | $4,159.57 | $38,768.85 |
| Hind Ravi Brar | c/o ECOtality, Inc. | 10/29/2012 | $7,997.17 | $38,768.85 |
| Hind Ravi Brar | c/o ECOtality, Inc. | 11/01/2012 | $13,650.76 | $38,768.85 |
| Hind Ravi Brar | c/o ECOtality, Inc. | 11/30/2012 | $13,650.77 | $38,768.85 |
| Hind Ravi Brar | c/o ECOtality, Inc. | 12/17/2012 | $14,765.90 | $38,768.85 |

| Name of creditor who were insider | Address 1 | Payment date | Amount paid | Amount still owing |
|---|---|---|---|---|
| Hind Ravi Brar | c/o ECOtality, Inc. | 12/31/2012 | $17,955.68 | $38,768.85 |
| Hind Ravi Brar | c/o ECOtality, Inc. | 02/01/2013 | $15,003.99 | $38,768.85 |
| Hind Ravi Brar | c/o ECOtality, Inc. | 02/12/2013 | $11.00 | $38,768.85 |
| Hind Ravi Brar | c/o ECOtality, Inc. | 03/01/2013 | $15,013.61 | $38,768.85 |
| Hind Ravi Brar | c/o ECOtality, Inc. | 03/08/2013 | $8.00 | $38,768.85 |
| Hind Ravi Brar | c/o ECOtality, Inc. | 03/13/2013 | $36,390.22 | $38,768.85 |
| Hind Ravi Brar | c/o ECOtality, Inc. | 04/01/2013 | $14,813.12 | $38,768.85 |
| Hind Ravi Brar | c/o ECOtality, Inc. | 05/01/2013 | $14,981.44 | $38,768.85 |
| Hind Ravi Brar | c/o ECOtality, Inc. | 05/10/2013 | $16.00 | $38,768.85 |
| Hind Ravi Brar | c/o ECOtality, Inc. | 05/31/2013 | $16,475.64 | $38,768.85 |
| Hind Ravi Brar | c/o ECOtality, Inc. | 06/11/2013 | $104.00 | $38,768.85 |
| Hind Ravi Brar | c/o ECOtality, Inc. | 07/01/2013 | $16,848.36 | $38,768.85 |
| Hind Ravi Brar | c/o ECOtality, Inc. | 07/11/2013 | $222.15 | $38,768.85 |
| Hind Ravi Brar | c/o ECOtality, Inc. | 07/18/2013 | $40,864.66 | $38,768.85 |
| Hind Ravi Brar | c/o ECOtality, Inc. | 08/12/2013 | $3,994.49 | $38,768.85 |
| Hind Ravi Brar | c/o ECOtality, Inc. | 08/12/2013 | $1,269.12 | $38,768.85 |
| Hind Ravi Brar | c/o ECOtality, Inc. | 08/30/2013 | $16,848.37 | $38,768.85 |
| Hind Ravi Brar | c/o ECOtality, Inc. | 09/11/2013 | $8,839.58 | $38,768.85 |
| Jonathan Read | 6711 E Camelback Road Unit #32 Scottsdale, AZ 85251 | 09/17/2012 | $5,000.00 | $33,657.72 |
| Jonathan Read | 6711 E Camelback Road Unit #32 Scottsdale, AZ 85251 | 10/01/2012 | $20,144.37 | $33,657.72 |
| Jonathan Read | 6711 E Camelback Road Unit #32 Scottsdale, AZ 85251 | 10/05/2012 | $8,585.40 | $33,657.72 |
| Jonathan Read | 6711 E Camelback Road Unit #32 Scottsdale, AZ 85251 | 11/01/2012 | $20,144.37 | $33,657.72 |
| Jonathan Read | 6711 E Camelback Road Unit #32 Scottsdale, AZ 85251 | 11/09/2012 | $539.20 | $33,657.72 |
| Jonathan Read | 6711 E Camelback Road Unit #32 Scottsdale, AZ 85251 | 11/30/2012 | $20,144.37 | $33,657.72 |

| Name of creditor who were insider | Address 1 | Payment date | Amount paid | Amount still owing |
|---|---|---|---|---|
| Jonathan Read | 6711 E Camelback Road Unit #32 Scottsdale, AZ 85251 | 12/31/2012 | $20,144.38 | $33,657.72 |
| Jonathan Read | 6711 E Camelback Road Unit #32 Scottsdale, AZ 85251 | 01/10/2013 | $973.16 | $33,657.72 |
| Jonathan Read | 6711 E Camelback Road Unit #32 Scottsdale, AZ 85251 | 01/18/2013 | $539.20 | $33,657.72 |
| Jonathan Read | 6711 E Camelback Road Unit #32 Scottsdale, AZ 85251 | 02/01/2013 | $18,297.77 | $33,657.72 |
| Jonathan Read | 6711 E Camelback Road Unit #32 Scottsdale, AZ 85251 | 03/01/2013 | $18,297.78 | $33,657.72 |
| Jonathan Read | 6711 E Camelback Road Unit #32 Scottsdale, AZ 85251 | 03/08/2013 | $539.20 | $33,657.72 |
| Jonathan Read | 6711 E Camelback Road Unit #32 Scottsdale, AZ 85251 | 04/01/2013 | $18,297.77 | $33,657.72 |
| Jonathan Read | 6711 E Camelback Road Unit #32 Scottsdale, AZ 85251 | 04/11/2013 | $525.96 | $33,657.72 |
| Jonathan Read | 6711 E Camelback Road Unit #32 Scottsdale, AZ 85251 | 05/01/2013 | $18,772.81 | $33,657.72 |

| Name of creditor who were insider | Address 1 | Payment date | Amount paid | Amount still owing |
|---|---|---|---|---|
| Jonathan Read | 6711 E Camelback Road Unit #32 Scottsdale, AZ 85251 | 05/15/2013 | $525.96 | $33,657.72 |
| Jonathan Read | 6711 E Camelback Road Unit #32 Scottsdale, AZ 85251 | 05/31/2013 | $20,178.89 | $33,657.72 |
| Jonathan Read | 6711 E Camelback Road Unit #32 Scottsdale, AZ 85251 | 06/03/2013 | $525.96 | $33,657.72 |
| Jonathan Read | 6711 E Camelback Road Unit #32 Scottsdale, AZ 85251 | 07/01/2013 | $525.96 | $33,657.72 |
| Jonathan Read | 6711 E Camelback Road Unit #32 Scottsdale, AZ 85251 | 07/01/2013 | $19,878.88 | $33,657.72 |
| Jonathan Read | 6711 E Camelback Road Unit #32 Scottsdale, AZ 85251 | 08/01/2013 | $20,067.43 | $33,657.72 |
| Jonathan Read | 6711 E Camelback Road Unit #32 Scottsdale, AZ 85251 | 08/30/2013 | $19,905.82 | $33,657.72 |
| Kevin Cameron | c/o ECOtality, Inc. | 10/04/2012 | $11,750.00 | $12,291.66 |
| Kevin Cameron | c/o ECOtality, Inc. | 12/07/2012 | $11,750.00 | $12,291.66 |
| Kevin Cameron | c/o ECOtality, Inc. | 04/19/2013 | $14,750.00 | $12,291.66 |
| Kevin Cameron | c/o ECOtality, Inc. | 07/12/2013 | $14,750.00 | $12,291.66 |
| Kevin Morrow | 7523 E Lockwood Circle Mesa, AZ 85207 | 09/20/2012 | $3,795.22 | $0.00 |
| Murray Jones | c/o ECOtality, Inc. | 10/01/2012 | $14,532.30 | $29,622.02 |
| Murray Jones | c/o ECOtality, Inc. | 10/04/2012 | $1,743.59 | $29,622.02 |
| Murray Jones | c/o ECOtality, Inc. | 11/01/2012 | $14,532.29 | $29,622.02 |
| Murray Jones | c/o ECOtality, Inc. | 11/09/2012 | $9,738.12 | $29,622.02 |
| Murray Jones | c/o ECOtality, Inc. | 11/30/2012 | $14,532.30 | $29,622.02 |
| Murray Jones | c/o ECOtality, Inc. | 12/07/2012 | $8,236.68 | $29,622.02 |

**In Re: ECOtality, Inc.**
**Case No. 13-16127**
Attachment 3c
Payments to creditors who were insiders

| Name of creditor who were insider | Address 1 | Payment date | Amount paid | Amount still owing |
|---|---|---|---|---|
| Murray Jones | c/o ECOtality, Inc. | 12/31/2012 | $14,532.29 | $29,622.02 |
| Murray Jones | c/o ECOtality, Inc. | 01/10/2013 | $2,278.40 | $29,622.02 |
| Murray Jones | c/o ECOtality, Inc. | 01/18/2013 | $27.70 | $29,622.02 |
| Murray Jones | c/o ECOtality, Inc. | 02/01/2013 | $13,184.04 | $29,622.02 |
| Murray Jones | c/o ECOtality, Inc. | 02/12/2013 | $4,083.01 | $29,622.02 |
| Murray Jones | c/o ECOtality, Inc. | 03/01/2013 | $13,274.54 | $29,622.02 |
| Murray Jones | c/o ECOtality, Inc. | 03/08/2013 | $271.52 | $29,622.02 |
| Murray Jones | c/o ECOtality, Inc. | 03/08/2013 | $3,358.40 | $29,622.02 |
| Murray Jones | c/o ECOtality, Inc. | 04/01/2013 | $13,270.26 | $29,622.02 |
| Murray Jones | c/o ECOtality, Inc. | 04/11/2013 | $70.35 | $29,622.02 |
| Murray Jones | c/o ECOtality, Inc. | 04/11/2013 | $4,375.08 | $29,622.02 |
| Murray Jones | c/o ECOtality, Inc. | 05/01/2013 | $13,270.59 | $29,622.02 |
| Murray Jones | c/o ECOtality, Inc. | 05/10/2013 | $6,197.07 | $29,622.02 |
| Murray Jones | c/o ECOtality, Inc. | 05/31/2013 | $13,270.60 | $29,622.02 |
| Murray Jones | c/o ECOtality, Inc. | 06/11/2013 | $4,675.34 | $29,622.02 |
| Murray Jones | c/o ECOtality, Inc. | 06/21/2013 | $28.80 | $29,622.02 |
| Murray Jones | c/o ECOtality, Inc. | 07/01/2013 | $14,517.24 | $29,622.02 |
| Murray Jones | c/o ECOtality, Inc. | 07/11/2013 | $57.00 | $29,622.02 |
| Murray Jones | c/o ECOtality, Inc. | 07/11/2013 | $5,394.29 | $29,622.02 |
| Murray Jones | c/o ECOtality, Inc. | 08/12/2013 | $4,188.38 | $29,622.02 |
| Murray Jones | c/o ECOtality, Inc. | 08/30/2013 | $14,652.92 | $29,622.02 |
| Murray Jones | c/o ECOtality, Inc. | 09/11/2013 | $6,918.87 | $29,622.02 |
| Susie Herrmann | c/o ECOtality, Inc. | 10/01/2012 | $9,207.69 | $21,936.08 |
| Susie Herrmann | c/o ECOtality, Inc. | 10/01/2012 | $2,774.35 | $21,936.08 |
| Susie Herrmann | c/o ECOtality, Inc. | 10/04/2012 | $133.11 | $21,936.08 |
| Susie Herrmann | c/o ECOtality, Inc. | 11/01/2012 | $9,747.39 | $21,936.08 |
| Susie Herrmann | c/o ECOtality, Inc. | 11/09/2012 | $119.00 | $21,936.08 |
| Susie Herrmann | c/o ECOtality, Inc. | 11/30/2012 | $9,747.39 | $21,936.08 |
| Susie Herrmann | c/o ECOtality, Inc. | 12/07/2012 | $495.60 | $21,936.08 |
| Susie Herrmann | c/o ECOtality, Inc. | 12/31/2012 | $9,989.70 | $21,936.08 |
| Susie Herrmann | c/o ECOtality, Inc. | 01/10/2013 | $699.51 | $21,936.08 |
| Susie Herrmann | c/o ECOtality, Inc. | 02/01/2013 | $8,815.33 | $21,936.08 |
| Susie Herrmann | c/o ECOtality, Inc. | 02/12/2013 | $119.00 | $21,936.08 |
| Susie Herrmann | c/o ECOtality, Inc. | 03/01/2013 | $8,648.40 | $21,936.08 |
| Susie Herrmann | c/o ECOtality, Inc. | 03/08/2013 | $401.80 | $21,936.08 |
| Susie Herrmann | c/o ECOtality, Inc. | 04/01/2013 | $8,648.40 | $21,936.08 |
| Susie Herrmann | c/o ECOtality, Inc. | 04/11/2013 | $928.97 | $21,936.08 |
| Susie Herrmann | c/o ECOtality, Inc. | 05/01/2013 | $8,648.39 | $21,936.08 |
| Susie Herrmann | c/o ECOtality, Inc. | 05/10/2013 | $1,408.01 | $21,936.08 |
| Susie Herrmann | c/o ECOtality, Inc. | 05/31/2013 | $8,648.41 | $21,936.08 |
| Susie Herrmann | c/o ECOtality, Inc. | 06/11/2013 | $119.00 | $21,936.08 |
| Susie Herrmann | c/o ECOtality, Inc. | 07/01/2013 | $50.00 | $21,936.08 |
| Susie Herrmann | c/o ECOtality, Inc. | 07/01/2013 | $8,648.39 | $21,936.08 |
| Susie Herrmann | c/o ECOtality, Inc. | 08/30/2013 | $8,648.40 | $21,936.08 |
| Susie Herrmann | c/o ECOtality, Inc. | 09/11/2013 | $4,127.91 | $21,936.08 |

| Caption of suit and Case Number | Nature of proceeding | Court and Location | Status or disposition |
|---|---|---|---|
| DEPARTMENT OF LABOR INVESTIGATION: | **DEPARTMENT OF LABOR INVESTIGATION:**<br>On November 27, 2012, the Company was informed that the Wage and Hour Division of the U.S. Department of Labor ("DOL") is investigating the Company to determine its compliance with the Davis Bacon Contract Act, the Fair Labor Standards Act and other Federal Labor laws and regulations.  In connection with this investigation, the Company received requests for employment and labor related information and records regarding compliance with employee wage, hour and other conditions and practices of employment.  The Company has paid certain employees (or received confirmation from its subcontractors that payments have been made to their employees) identified by the Company and the DOL back wages and liquidated damages in an aggregate total amount of approximately $855,000 in consideration for a release of the Company by such employees and contractors of any and all liability with respect to any wage related matters. | U.S. Department of Labor | Settlement reached |
| ECOTALITY, INC., petitioner, VS. CALIFORNIA PUBLIC UTILITIES COMMISSION; MICHAEL R. PEEVEY, president and Commisioner; TIMOTHY ALAN SIMON, MICHEL PETER FLORIO, CATHERINE J.K. SANDOVAL, AND MARK J. FERRON, Commissioners, Respondents, and NRG ENERGY, INC., as real party in interest, Case No. A135524, IN THE COURT OF APPEALS FOR THE STATE OF CALIFORNIA, FIRST APPELLATE DISTRICT, DIVISION TWO. | **ECOTALITY, INC., petitioner, VS. CALIFORNIA PUBLIC UTILITIES COMMISSION; MICHAEL R. PEEVEY, president and Commisioner; TIMOTHY ALAN SIMON, MICHEL PETER FLORIO, CATHERINE J.K. SANDOVAL, AND MARK J. FERRON, Commissioners, Respondents, and NRG ENERGY, INC., as real party in interest, IN THE COURT OF APPEALS FOR THE STATE OF CALIFORNIA, FIRST APPELLATE DISTRICT, DIVISION TWO.**<br>ECOtality petitioned the Court for a writ of mandate, or other appropriate relief, to: (a) annul that certain Long-Term Contract Settlement and Release of Claims Agreement (the "NRG Agreement") entered into between the CPUC and NRG, which the CPUC and NRG filed in conjunction with a Joint Offer of Settlement with the Federal Energy Regulatory Commission ("FERC") on April 27, 2012; and (b) direct respondents to withdraw the NRG Agreement filed with the FERC as null and void, to seek no further approval of the NRG Agreement from the FERC, and to cease and desist from any further efforts to otherwise implement any of the NRG Agreement's terms, on the grounds that the CPUC's actions in entering into the NRG Agreement constituted an abuse of discretion and exceeding the CPUC's lawful authority.  ECOtlaity's position was that the NRG Agreement is anticompetitive and that it detrimentally and directly impacts all electric vehicle charging infrastructure companies, including ECOtality's business and operations in California. On October 12, 2012, the Court issued an order summarily denying our petition. | COURT OF APPEALS FOR THE STATE OF CALIFORNIA, FIRST APPELLATE DISTRICT, DIVISION TWO | Closed |

| Caption of suit and Case Number | Nature of proceeding | Court and Location | Status or disposition |
|---|---|---|---|
| ERIC M. COHEN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED Plaintiffs vs. ECOTALITY, INC., H. RAVI BRAR AND SUSIE HERRMANN., defendants. Matter No 13-cv-03791-SC. UNITED STATES DISTRICT COURT. NORTHERN DISTRICT OF CALIFORNIA | **CLASS ACTION: COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS.** | UNITED STATES DISTRICT COURT. NORTHERN DISTRICT OF CALIFORNIA | Pending |
| HUA-CHEN JENNY LIN AND JONATHAN W. DIAMOND Plaintiffs vs. ECOTALITY, INC., H. RAVI BRAR AND SUSIE HERRMANN., defendants. Matter No 13-cv-03791-SC. UNITED STATES DISTRICT COURT. NORTHERN DISTRICT OF CALIFORNIA | **CLASS ACTION: COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS.** | UNITED STATES DISTRICT COURT. NORTHERN DISTRICT OF CALIFORNIA | Pending |
| IN THE MATTER OF THE TRADING IN SECURITIES OF ECOTALITY, INC., Matter No. LA3854, US SECUTIRIES AND EXCHANGE COMMISSION, LOS ANGELES REGIONAL OFFICE | **IN THE MATTER OF THE TRADING IN SECURITIES OF ECOTALITY, INC., Matter No. LA3854, US SECURITIES AND EXCHANGE COMMISSION, LOS ANGELES REGIONAL OFFICE** The Company and its Ecotality North America subsidiary, as well as certain individuals, received subpoenas from the SEC pursuant to a formal Private Order of Investigation in connection with a fact-finding inquiry as to trading in shares of the Company's common stock from the period between August 1, 2008 and August 31, 2009. Upon commencement of the inquiry, the SEC informed the Company, and the terms of the subpoenas confirmed, that the fact-finding inquiry was not to be construed as a determination that violations of law had occurred. On November 13, 2012, the SEC informed the Company that the investigation has been completed as to the Company and that no action will be recommended against the Company | US SECURITIES AND EXCHANGE COMMISSION, LOS ANGELES REGIONAL OFFICE | Closed |
| STEVEN DICKSON, plaintiff, vs. ECOTALITY, INC. AND DOES 1 through 10 INCLUSIVE, defendants, Case No. 37-2012-00102590-CU-OE-CTL, SUPERIOR COURT FOR THE STATE OF CALIFORNIA IN AND FOR THE COUNTY OF SAN DIEGO | **STEVEN DICKSON, plaintiff, vs. ECOTALITY, INC. AND DOES 1 through 10 INCLUSIVE, defendants, Case No. 37-2012-00102590-CU-OE-CTL, SUPERIOR COURT FOR THE STATE OF CALIFORNIA IN AND FOR THE COUNTY OF SAN DIEGO** Steve Dickson filed a lawsuit against ECOtality, et al, claiming age discrimination and wrongful termination. On September 13, 2013, ECOtality's lawyer informed ECOtality that the Dickson matter settled on September 12, 2013 driven by the insurance carrier. The insurance carrier agreed to pay $62,000 to settle the matter. ECOtality was presented a settlement agreement which is yet to be executed. | SUPERIOR COURT FOR THE STATE OF CALIFORNIA IN AND FOR THE COUNTY OF SAN DIEGO | Settlement agreement presented, not yet executed |

| Caption of suit and Case Number | Nature of proceeding | Court and Location | Status or disposition |
|---|---|---|---|
| SYNAPSE SUSTAINABILITY TRUST, INC., Plaintiff, vs. ECOTALITY, INC., ELECTRIC TRANSPORTATION ENGINEERING CORPORATION d/b/a ECOTALITY NORTH AMERICA and SYNAPSE RISK MANAGEMENT, LLC, Index No.: 2012-778, STATE OF NEW YORK, SUPREME COURT: COUNTY OF ONONDAGA | SYNAPSE SUSTAINABILITY TRUST, INC., Plaintiff, vs. ECOTALITY, INC., ELECTRIC TRANSPORTATION ENGINEERING CORPORATION d/b/a ECOTALITY NORTH AMERICA and SYNAPSE RISK MANAGEMENT, LLC, Index No.: 2012-778, STATE OF NEW YORK, SUPREME COURT: COUNTY OF ONONDAGA<br>Synapse Sustainability Trust, Inc. filed a lawsuit against ECOtality, et al, in the Supreme Court of the State of New York - County of Onondaga. Among other things, the lawsuit alleged (i) that Synapse negotiated with ECOtality the use of ECOtality's products to meet specifications of the DOE and NYSERDA, including billing and fee sharing functionality to allow for Synapse to obtain a return on its investment, (ii) that ECOtality issued press releases and communications with respect to the capabilities that Synapse required, (iii) that based on the representations of ECOtality Synapse purchased the ECOtality product to fulfill the DOE specifications and its business model, (iv) that the EV systems provided by ECOtality are not functional for DOE specifications, business or other private purposes of Synapse, and (v) that ECOtality issued statements on December 1, 2011 claiming free charging to Blink customers resulting | SUPREME COURT: COUNTY OF ONONDAGA | Settled |

| Date | Description of property | Value of property | Claimed on insurance |
|------|------------------------|-------------------|---------------------|
| 06/18/12 | Automobile-related accident or other vehicle damage to owned or rented vehicle, including windshield repair/replacement.<br>Loss was covered in full by insurance. | Loss incurred: $5,352 | Loss was covered in full by insurance. |
| 04/15/13 | Automobile-related accident or other vehicle damage to owned or rented vehicle, including windshield repair/replacement.<br>Loss was covered in full by insurance. | Loss incurred: $698 | Loss was covered in full by insurance. |

**In Re: ECOtality Stores, Inc.**
**Case No. 13-16128**
Attachment 9
Payments related to debt counseling or bankruptcy

| Name of payee and address | Name of payor if other than debtor | Date of payment | Amount of money |
|---|---|---|---|
| Akin Gump Strauss Hauer & Feld, LLP<br>2029 Century Park East, Suite 2400<br>Los Angeles, CA 90067 | | 8/12/13 | $400,000.00 |
| Akin Gump Strauss Hauer & Feld, LLP<br>2029 Century Park East, Suite 2400<br>Los Angeles, CA 90067 | | 8/28/13 | $334,373.50 |
| Akin Gump Strauss Hauer & Feld, LLP<br>2029 Century Park East, Suite 2400<br>Los Angeles, CA 90067 | | 9/5/13 | $209,740.10 |
| Akin Gump Strauss Hauer & Feld, LLP<br>2029 Century Park East, Suite 2400<br>Los Angeles, CA 90067 | | 9/13/13 | $142,408.57 |
| Parker Schwartz, PLLLC<br>7310 North 16th Street, Ste. 330<br>Phoenix, AZ 85020 | | 9/13/13 | $42,278.00 |
| FTI Consulting<br>PO Box 418178<br>Boston, MA 02241 | | 8/22/13 | $175,000.00 |
| FTI Consulting<br>PO Box 418178<br>Boston, MA 02241 | | 9/13/13 | $249,000.00 |
| Kurtzman Carson Consultants, LLC<br>2335 Alaska Avenue<br>El Segundo, CA 90245 | | 9/13/13 | $26,000.00 |

**In Re: ECOtality, Inc.**
**Case No. 13-16127**
Attachment 18A
Nature, location, and name of business

| Name | Taxpayer I.D. number | Address | Nature of business | Beginning and ending dates of operation |
|---|---|---|---|---|
| ECOtality Stores, Inc. (d/b/a Fuel Cell Stores) | 26-0602643 | 9375 Customhouse Plaza Suites D, E, F, and G San Diego, CA 92154 | Online marketplace for fuel cell-related products and technologies with online distribution sites in the U.S., Japan, Russia, Italy and Portugal. | 6/17/07 - None |
| Electric Transportation Engineering Corporation | 86-0834755 | 430 South 2nd Avenue Phoenix, AZ 85003 | Research, development and testing of advanced transportation and energy systems with a focus on alternative-fuel, hybrid and electric vehicles and infrastructures. | 11/6/07 - None |
| Ecotality Australia Pty, Ltd. | None | Australia | Markets and distributes electric vehicle and industrial charging equipment. | 1/1/10 - None |
| Portable Energy de Mexico, S.A. DE C.V. | None | Tijuana, Mexico | Manufacture thin-sealed rechargable batteries. | 10/1/07 - None |
| ECOtality Asia Pacific Ltd | None | Hong Kong | Serve as a holding company for ECOtality, Inc. for potential joint ventures in China and other locations throughout Asia for the purpose of manufacturing, marketing and distributing battery charging equipment to support on-road electric vehicles, industrial equipment, and electric airport ground support equipment. | 7/3/05 - None |
| Tianjin Eco-Power Technology Co. Ltd | None | Tianjin Municipality, People's Republic of China | Develop, manufacture, and distribute products used in charging; testing and manufacturing of batteries; provide electric vehicle infrastructure and consulting services | 6/27/12 - None |
| Collaboratev, Inc. | 46-2740019 | c/o Chargepoint, Inc 1692 Dell Ave Campbell, CA 95008 | Interoperability agreement between ECOtality, Inc. and Chargepoint to provide end-user access to electric vehicle charging systems of both companies. | 3/1/13 - None |

Pursuant to the requirements of the Securities Exchange Act of 1934, as amended, ECOtality, Inc. (the "Debtor") has filed with the U.S. Securities and Exchange Commission (the "SEC") reports on Form 8-K, Form 10-Q, and Form 10-K.  These SEC filings contain consolidated financial information relating to the Debtor. Additionally, consolidated financial information for the Debtor is posted on the company's website at www.ecotality.com. Because the SEC filings and the website are of public record, the Debtor does not maintain records of the parties that requested or obtained copies of any of the SEC filings from the SEC or the Debtor.

In addition, the Debtor may provide certain parties, such as banks, auditors, potential investors, vendors and financial advisors financial statements that may not be part of a public filing. The Debtor does not maintain complete lists to track such disclosures. As such, the Debtor has not provided lists of these parties in response to this question.

| Date of inventory | Type | Inventory supervisor | Name/Address of Custodian of Inventory Records | Dollar amount of inventory |
|---|---|---|---|---|
| 6/28/2013 | Battery raw material and finished goods | Ed Andrysiak | Ed Andrysiak<br>9735 Customhouse Plaza Suite F-G<br>San Diego, CA 92154 | $3,467.00 |
| 9/16/2013 | Battery raw material and finished goods | Ed Andrysiak | Ed Andrysiak<br>9735 Customhouse Plaza Suite F-G<br>San Diego, CA 92154 | $13,371.00 |
| 6/28/2013 | Industrial - LSV 100 | Ed Andrysiak | Ed Andrysiak<br>9735 Customhouse Plaza Suite F-G<br>San Diego, CA 92154 | $53,032.00 |
| 8/8/2013 | Industrial - LSV 100 | Ed Andrysiak | Ed Andrysiak<br>9735 Customhouse Plaza Suite F-G<br>San Diego, CA 92154 | $53,541.52 |
| 3/28/2013 | Industrial - LSV 2472 | Ed Andrysiak | Ed Andrysiak<br>9735 Customhouse Plaza Suite F-G<br>San Diego, CA 92154 | $11,516.00 |
| 6/28/2013 | Industrial - LSV 2472 | Ed Andrysiak | Ed Andrysiak<br>9735 Customhouse Plaza Suite F-G<br>San Diego, CA 92154 | $10,585.21 |
| 6/28/2013 | RMA Center | Ed Andrysiak | Ed Andrysiak<br>9735 Customhouse Plaza Suite F-G<br>San Diego, CA 92154 | $38,398.00 |
| 9/16/2013 | RMA Center | Ed Andrysiak | Ed Andrysiak<br>9735 Customhouse Plaza Suite F-G<br>San Diego, CA 92154 | $53,358.00 |
| 8/14/2013 | Industrial repair parts | Lani Gonzalez | Lani Gonzalez<br>9735 Customhouse Plaza Suite F-G<br>San Diego, CA 92154 | $1,414,102.00 |
| 9/12/2013 | Industrial repair parts | Lani Gonzalez | Lani Gonzalez<br>9735 Customhouse Plaza Suite F-G<br>San Diego, CA 92154 | $1,455,199.00 |

| Name | Title | Nature and percentage of stock ownership |
|---|---|---|
| ABB Technology Ventures<br>AFFOLTERNSTRASSE 44<br>P.O. BOX 1831 CH-8050<br>Zurich, Switzerland | Investor | 12.6% - direct ownership |
| Andrew Tang | Director | |
| Capital Ventures International<br>WINDWARD 1REGATTA OFFICE PARK<br>WEST BAY ROAD<br>GRAND CAYMAN E9 KY1-1103 | Investor | 5.6% - direct ownership. Based on Form 13F-HR, filed on 8/13/13 under Susquehanna International Group. As reported on Schedule SC 13G on 5/22/13, 1.8 million shares were puchased on the open market, but those shares were not reported on the Form 13F-HR filed on 8/13/13. We are unable to corroborate this disposition; if it did occur, this investor's holding would fall below 5%. |
| Daryl Magana | Director | |
| E. Slade Mead | Director | |
| Enable Global Capital, LLC<br>ONE FERRY BUILDING<br>SUITE 255<br>SAN FRANCISCO CA 94111 | Investor | 8.6% - direct ownership. Based on Form 144 paperwork submitted in connection with a conversion of preferred stock to common. However, we believe they have sold a significant portion of their holdings, but there have been no SEC filings to substantiate this presumption. It is very possible they are no longer a 5% holder. |
| Enrique Santacana | Director | |
| H. Ravi Brar | Director/Chief Executive Officer | |
| Herrmann, Susie<br>C/O ECOtality, Inc. | Officer | 0.1% - direct ownership. |
| Hind Ravi Brar<br>C/O ECOtality, Inc. | Officer and Director | 0.3% - direct ownership. |
| Kevin Cameron | Director | |
| Magana, Daryl<br>C/O ECOtality, Inc. | Director | 1.2% - direct ownership. |
| Marxe Austin W & Greenhouse David M<br>C/O SPECIAL SITUATIONS FUNDS<br>527 MADISON AVENUE<br>NEW YORK NY 10022<br>SUITE 2600 | Investor | 7.5% - direct ownership, based on their filing of a Form 4, at which point they wer no longer a Section 16 reporting person. It is possible this institution has sold some of those holdings since then, but there are not any SEC filings to make that determination. |
| Mead, E. Slade<br>C/O ECOtality, Inc. | Director | 0.1% - direct ownership. |
| Murray Jones | Chief Operating Officer | |
| Susie Herrmann | Chief Financial Officer | |

**In Re: ECOtality, Inc.**
**Case No. 13-16127**
Attachment 23
Withdrawals from a partnership or distributions by a corporation

| Name | Address 1 | Address 2 | City | State | Zip | Relationship to Debtor | Date of distribution | Purpose of distribution | Amount of distribution |
|------|-----------|-----------|------|-------|-----|------------------------|----------------------|-------------------------|------------------------|
| Hind Ravi Brar | C/O ECOtality, Inc. | | | | | Officer (President and CEO) | 10/1/12 | Wages and 401(k) match | $21,666.66 |
| Hind Ravi Brar | C/O ECOtality, Inc. | | | | | Officer (President and CEO) | 11/1/12 | Wages and 401(k) match | $21,666.66 |
| Hind Ravi Brar | C/O ECOtality, Inc. | | | | | Officer (President and CEO) | 11/30/12 | Wages and 401(k) match | $21,666.66 |
| Hind Ravi Brar | C/O ECOtality, Inc. | | | | | Officer (President and CEO) | 12/31/12 | Wages and 401(k) match | $23,541.70 |
| Hind Ravi Brar | C/O ECOtality, Inc. | | | | | Officer (President and CEO) | 12/31/12 | Wages and 401(k) match | $27,083.33 |
| Hind Ravi Brar | C/O ECOtality, Inc. | | | | | Officer (President and CEO) | 2/1/13 | Wages and 401(k) match | $28,166.66 |
| Hind Ravi Brar | C/O ECOtality, Inc. | | | | | Officer (President and CEO) | 3/1/13 | Wages and 401(k) match | $28,166.66 |
| Hind Ravi Brar | C/O ECOtality, Inc. | | | | | Officer (President and CEO) | 4/1/13 | Wages and 401(k) match | $28,166.66 |
| Hind Ravi Brar | C/O ECOtality, Inc. | | | | | Officer (President and CEO) | 5/1/13 | Wages and 401(k) match | $28,166.66 |
| Hind Ravi Brar | C/O ECOtality, Inc. | | | | | Officer (President and CEO) | 5/31/13 | Wages and 401(k) match | $28,166.66 |
| Hind Ravi Brar | C/O ECOtality, Inc. | | | | | Officer (President and CEO) | 7/1/13 | Wages and 401(k) match | $28,166.66 |
| Hind Ravi Brar | C/O ECOtality, Inc. | | | | | Officer (President and CEO) | 8/30/13 | Wages and 401(k) match | $28,166.66 |
| Hind Ravi Brar | C/O ECOtality, Inc. | | | | | Officer (President and CEO) | 9/11/13 | Wages and 401(k) match | $13,000.00 |
| Jonathan Read | 6711 E Camelback Road | Unit #32 | Scottsdale | AZ | 85251 | Former Officer (CEO) | 10/1/12 | Wages and severance | $54,154.55 |
| Jonathan Read | 6711 E Camelback Road | Unit #32 | Scottsdale | AZ | 85251 | Former Officer (CEO) | 10/1/12 | Severance | $30,340.48 |
| Jonathan Read | 6711 E Camelback Road | Unit #32 | Scottsdale | AZ | 85251 | Former Officer (CEO) | 11/1/12 | Severance | $30,340.48 |
| Jonathan Read | 6711 E Camelback Road | Unit #32 | Scottsdale | AZ | 85251 | Former Officer (CEO) | 11/30/12 | Severance | $30,340.48 |
| Jonathan Read | 6711 E Camelback Road | Unit #32 | Scottsdale | AZ | 85251 | Former Officer (CEO) | 12/31/12 | Severance | $30,340.48 |
| Jonathan Read | 6711 E Camelback Road | Unit #32 | Scottsdale | AZ | 85251 | Former Officer (CEO) | 2/1/13 | Severance | $30,340.48 |
| Jonathan Read | 6711 E Camelback Road | Unit #32 | Scottsdale | AZ | 85251 | Former Officer (CEO) | 3/1/13 | Severance | $30,340.48 |
| Jonathan Read | 6711 E Camelback Road | Unit #32 | Scottsdale | AZ | 85251 | Former Officer (CEO) | 4/1/13 | Severance | $30,340.48 |
| Jonathan Read | 6711 E Camelback Road | Unit #32 | Scottsdale | AZ | 85251 | Former Officer (CEO) | 5/1/13 | Severance | $30,340.48 |
| Jonathan Read | 6711 E Camelback Road | Unit #32 | Scottsdale | AZ | 85251 | Former Officer (CEO) | 5/31/13 | Severance | $30,340.48 |
| Jonathan Read | 6711 E Camelback Road | Unit #32 | Scottsdale | AZ | 85251 | Former Officer (CEO) | 7/1/13 | Severance | $30,340.48 |
| Jonathan Read | 6711 E Camelback Road | Unit #32 | Scottsdale | AZ | 85251 | Former Officer (CEO) | 8/1/13 | Severance | $30,340.48 |
| Jonathan Read | 6711 E Camelback Road | Unit #32 | Scottsdale | AZ | 85251 | Former Officer (CEO) | 8/30/13 | Severance | $30,340.48 |
| Susie Herrmann | C/O ECOtality, Inc. | | | | | Officer (CFO) | 10/1/12 | Wages and 401(k) match | $16,033.34 |
| Susie Herrmann | C/O ECOtality, Inc. | | | | | Officer (CFO) | 10/1/12 | Wages and 401(k) match | $3,971.82 |
| Susie Herrmann | C/O ECOtality, Inc. | | | | | Officer (CFO) | 11/1/12 | Wages and 401(k) match | $16,033.34 |
| Susie Herrmann | C/O ECOtality, Inc. | | | | | Officer (CFO) | 11/30/12 | Wages and 401(k) match | $16,033.34 |
| Susie Herrmann | C/O ECOtality, Inc. | | | | | Officer (CFO) | 12/31/12 | Wages and 401(k) match | $16,033.34 |
| Susie Herrmann | C/O ECOtality, Inc. | | | | | Officer (CFO) | 2/1/13 | Wages and 401(k) match | $16,033.34 |
| Susie Herrmann | C/O ECOtality, Inc. | | | | | Officer (CFO) | 3/1/13 | Wages and 401(k) match | $16,033.34 |
| Susie Herrmann | C/O ECOtality, Inc. | | | | | Officer (CFO) | 4/1/13 | Wages and 401(k) match | $16,033.34 |
| Susie Herrmann | C/O ECOtality, Inc. | | | | | Officer (CFO) | 5/1/13 | Wages and 401(k) match | $16,033.34 |
| Susie Herrmann | C/O ECOtality, Inc. | | | | | Officer (CFO) | 5/31/13 | Wages and 401(k) match | $16,033.34 |
| Susie Herrmann | C/O ECOtality, Inc. | | | | | Officer (CFO) | 7/1/13 | Wages and 401(k) match | $16,033.34 |
| Susie Herrmann | C/O ECOtality, Inc. | | | | | Officer (CFO) | 8/30/13 | Wages and 401(k) match | $16,033.34 |
| Susie Herrmann | C/O ECOtality, Inc. | | | | | Officer (CFO) | 9/11/13 | Wages and 401(k) match | $7,400.02 |

**In Re: ECOtality, Inc.**
**Case No. 13-16127**
Attachment 23
Withdrawals from a partnership or distributions by a corporation

| Name | Address 1 | Address 2 | City | State | Zip | Relationship to Debtor | Date of distribution | Purpose of distribution | Amount of distribution |
|---|---|---|---|---|---|---|---|---|---|
| Murray B Jones | C/O ECOtality, Inc. | | | | | Officer (Chief Operating Officer) | 10/1/12 | Wages | $22,916.67 |
| Murray B Jones | C/O ECOtality, Inc. | | | | | Officer (Chief Operating Officer) | 11/1/12 | Wages | $22,916.67 |
| Murray B Jones | C/O ECOtality, Inc. | | | | | Officer (Chief Operating Officer) | 11/30/12 | Wages | $22,916.67 |
| Murray B Jones | C/O ECOtality, Inc. | | | | | Officer (Chief Operating Officer) | 12/31/12 | Wages | $22,916.67 |
| Murray B Jones | C/O ECOtality, Inc. | | | | | Officer (Chief Operating Officer) | 2/1/13 | Wages | $22,916.67 |
| Murray B Jones | C/O ECOtality, Inc. | | | | | Officer (Chief Operating Officer) | 3/1/13 | Wages | $22,916.67 |
| Murray B Jones | C/O ECOtality, Inc. | | | | | Officer (Chief Operating Officer) | 4/1/13 | Wages | $22,916.67 |
| Murray B Jones | C/O ECOtality, Inc. | | | | | Officer (Chief Operating Officer) | 5/1/13 | Wages | $22,916.67 |
| Murray B Jones | C/O ECOtality, Inc. | | | | | Officer (Chief Operating Officer) | 5/31/13 | Wages | $22,916.67 |
| Murray B Jones | C/O ECOtality, Inc. | | | | | Officer (Chief Operating Officer) | 7/1/13 | Wages | $22,916.67 |
| Murray B Jones | C/O ECOtality, Inc. | | | | | Officer (Chief Operating Officer) | 8/30/13 | Wages | $22,916.67 |
| Murray B Jones | C/O ECOtality, Inc. | | | | | Officer (Chief Operating Officer) | 9/11/13 | Wages | $10,576.90 |
| Daryl Magana | C/O ECOtality, Inc. | | | | | Director | 10/4/12 | Director fees and expenses | $10,500.00 |
| Daryl Magana | C/O ECOtality, Inc. | | | | | Director | 12/7/12 | Director fees and expenses | $10,500.00 |
| Daryl Magana | C/O ECOtality, Inc. | | | | | Director | 5/1/13 | Director fees and expenses | $11,750.00 |
| Daryl Magana | C/O ECOtality, Inc. | | | | | Director | 7/12/13 | Director fees and expenses | $11,750.00 |
| Edward S. Mead | C/O ECOtality, Inc. | | | | | Director | 10/4/12 | Director fees and expenses | $10,125.00 |
| Edward S. Mead | C/O ECOtality, Inc. | | | | | Director | 12/7/12 | Director fees and expenses | $11,171.55 |
| Edward S. Mead | C/O ECOtality, Inc. | | | | | Director | 4/11/13 | Director fees and expenses | $10,783.36 |
| Edward S. Mead | C/O ECOtality, Inc. | | | | | Director | 4/19/13 | Director fees and expenses | $10,125.00 |
| Edward S. Mead | C/O ECOtality, Inc. | | | | | Director | 7/12/13 | Director fees and expenses | $10,125.00 |
| Kevin Cameron | C/O ECOtality, Inc. | | | | | Director | 10/4/12 | Director fees and expenses | $11,750.00 |
| Kevin Cameron | C/O ECOtality, Inc. | | | | | Director | 12/7/12 | Director fees and expenses | $11,750.00 |
| Kevin Cameron | C/O ECOtality, Inc. | | | | | Director | 4/19/13 | Director fees and expenses | $14,750.00 |
| Kevin Cameron | C/O ECOtality, Inc. | | | | | Director | 7/12/13 | Director fees and expenses | $14,750.00 |
| David Kuzma | C/O ECOtality, Inc. | | | | | Former Director | 10/4/12 | Director fees and expenses | $14,750.00 |
| David Kuzma | C/O ECOtality, Inc. | | | | | Former Director | 12/7/12 | Director fees and expenses | $14,750.00 |

In re: **ECOtality, Inc.**                                             **Case No. 13-16127 (RJH)**

# Declaration Concerning Debtor's Statement of Financial Affairs

I, Susie Herrmann, Chief Financial Officer of the corporation named as debtor in this case, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  9/30/2013
_____

Signature: _____
/ s / Susie Herrmann

**Susie Herrmann**

**Chief Financial Officer**

---------------------------------------------------------------------------------------------------------------------------------------------------------

**Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C.§§ 152 and 3571.**