UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

FILED
2013 OCT -7 PM 1:47
CLERK
U.S. BANKRUPTCY
DISTRICT OF ARIZONA

ECOTALITY, INC.  ) Chapter 11
) 
) Case Number 2:13-BK-16127 (RJH)
)
)
Debtor(s) )
)

## DECLARATION RE: ELECTRONIC FILING[1]

**PART I - DECLARATION OF PETITIONER:**

I [We] _Susie Hermann_ and _____, the undersigned debtor(s), corporate officer or partnership member, hereby declare under penalty of perjury that the information I have given my attorney and the information, including social security numbers, provided in the completed lists, statements and schedules is true and correct. I have reviewed and signed each of the foregoing completed documents and my attorney has provided me with a signed copy of each to retain for my records. I consent to my attorney electronically filing the completed lists, statements and schedules with the United States Bankruptcy Court. I understand that this **DECLARATION RE: ELECTRONIC FILING** is to be filed with the Clerk after all schedules and statements have been filed electronically but, in no event, no later than 21 days after the date the petition was filed or, in the event an extension has been granted, no later than 7 days after the schedules and statements are filed. I understand that failure to file the signed original of this **DECLARATION** will cause my case to be dismissed without further notice.

[ ] [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of 11 United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. I request relief in accordance with the chapter specified in the petition.

**DATED:** October 7, 2013

**SIGNED:** _____     _____
Debtor                                    Joint Debtor

**SIGNED:** _/s/ Susie Hermann_____
Authorized Corporate Officer of Partnership Member

By: Susie Hermann, Chief Financial Officer

**PART II - DECLARATION OF ATTORNEY:**[2]

I declare as follows: The debtor(s) will have signed this form before I submit the schedules and statements. I will give the debtor(s) a copy of all forms and information to be filed with the United States Bankruptcy Court and have complied with all other requirements in the most recent Interim Operating Order. If an individual, I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of Title 11, United States Code, and have explained the relief available under each such chapter.

**DATED:** October 7, 2013

Attorney for Debtor(s)    By: Jared G. Parker

---

[1] Notwithstanding anything to the contrary contained herein, any statement set forth in this declaration is subject to the *Global Notes and Statement of Limitations, Methods, and Disclaimers Regarding Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* [Docket No. 8], in all respects.

[2] While the debtors did not sign this form prior to submission of the schedules and statements, they did review and indicate in writing their approval thereof and authority to file.

(FILE ORIGINAL WITH COURT – DO NOT FILE ELECTRONICALLY)